IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EMMITT MARTIN, III,
TADARRIUS BEAN, DEMETRIUS
HALEY, DESMOND MILLS, JR.,
AND JUSTIN SMITH

    Defendant.

CR. NO. 2:23-cr-20191-MSN-5

## NOTICE OF APPEARANCE

COMES NOW Martin Zummach and, pursuant to Rule 1C of the Rules of the United States District Court for the Western District of Tennessee, Western Division, files this Notice of Appearance in the above-captioned matter. All correspondence regarding this matter or Defendant, Justin Smith, should be addressed to Martin Zummach, Attorney at Law, 7125 Getwell Road, Ste. 201, Southaven, Mississippi 38671; telephone (662) 349-6900; facsimile (662) 349-6800.

    Respectfully submitted,

    /s/Martin Zummach
    Martin Zummach #16352
    7125 Getwell Road, Ste. 201
    Southaven, MS 38671
    (662) 349-6900
    Attorney for Defendant

CERTIFICATE OF SERVICE

The undersigned certifies that on the 12th day of September, 2023, a copy of the foregoing document was electronically filed with court clerk using the ECF System, and that upon filing, a copy will be sent via the Court's ECF System to all registered parties in this case.

*S/Martin Zummach*