```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
```

UNITED STATES,

    Plaintiff,

v.                                                         No. 23-20191

DEMETRIUS HALEY,

    Defendant.

## NOTICE OF APPEARANCE

Comes now the undersigned, Michael J. Stengel, Esq., and, pursuant to L.R. 83.4(e), files his notice of appearance as counsel of record for Mr. Haley in this matter.

                                        Respectfully submitted,

                                        S/Michael J. Stengel
                                        _____
                                        Michael J. Stengel (12260)
                                        Lawyer for Demetrius Haley
                                        619 South Cooper Street
                                        Memphis, TN 38104
                                        (901) 527-3535

## Certificate of Service

I hereby certify that I have served a copy of the foregoing Notice of Appearance by electronic means, via the Court's electronic filing system, on AUSA's David Pritchard and Libby Rogers this 12th day of September, 2023.

                                        S/Michael J. Stengel