AO 442 (Rev. 01/09) Arrest Warrant

USMS 77538510
FID# 11515541

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

United States of America )
v. )
) Case No. 2:23-cr-20191-MSN
TADARRIUS BEAN )
*Defendant* )

RECEIVED SEP 1 2 2023 U.S. MARSHAL WD TN

## ARREST WARRANT

**ORIGINAL**

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   TADARRIUS BEAN ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 242 - Deprivation of Rights Under Color of Law: Excessive Force, Failure to Intervene, and Deliberate Indifference
18 U.S.C. § 1512(k) - Conspiracy to Witness-Tamper
18 U.S.C. § 1512(b)(3) - Obstruction of Justice: Witness-Tampering

Date: 9-12-2023

*Issuing officer's signature*

City and state:   MEMPHIS, TENNESSEE

WENDY R. OLIVER - CLERK, U.S. DISTRICT COURT
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/12/23 , and the person was arrested on *(date)* 9/15/23
at *(city and state)* Memphis, TN .

Date: 9/13/23

*Arresting officer's signature*

*Printed name and title*