AO 442 (Rev. 01/09) Arrest Warrant

FID# 1159 4146

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>**DEMETRIUS HALEY**<br>*Defendant* | )<br>)<br)<br>)<br>) Case No. 2:23-cr-20191-MSN |

RECEIVED SEP 12 2023 U.S. MARSHAL WD TN

## ARREST WARRANT

*ORIGINAL*

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **DEMETRIUS HALEY**,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 242 - Deprivation of Rights Under Color of Law: Excessive Force, Failure to Intervene, and Deliberate Indifference
18 U.S.C. § 1512(k) - Conspiracy to Witness-Tamper
18 U.S.C. § 1512(b)(3) - Obstruction of Justice: Witness-Tampering

Date:  9-12-2023

*Issuing officer's signature*

City and state:  MEMPHIS, TENNESSEE

WENDY R. OLIVER - CLERK, U.S. DISTRICT COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 9-12-2023, and the person was arrested on *(date)* 9-13-23
at *(city and state)* Memphis, TN

Date: 9-13-2023

*Arresting officer's signature*

DUSM W. File
*Printed name and title*