# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

UNITED STATES OF AMERICA,

v.                                                                                  No. 2:23cr20191-4 MSN

DESMOND MILLS, JR.,

    Defendant.

## ORDER MODIFYING EXISTING CONDITIONS OF RELEASE

The Court hereby orders that the defendant's conditions of release be modified as follows:

- Condition 7c, continue or start an education program, is removed.

All other conditions of defendant's pretrial release contained in the Order shall remain in effect.

IT IS SO ORDERED this 14th day of September, 2023

    s/Charmiane G. Claxton
**CHARMIANE G. CLAXTON**
**UNITED STATES MAGISTRATE JUDGE**