# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

**UNITED STATES OF AMERICA**

v.                                                      Case # 2:23cr20191 msn

**DESMOND MILLS, JR.**

## NOTICE OF APPEARANCE

Comes now Blake D. Ballin who files this Notice of Appearance in the above-referenced matter as counsel for the Defendant, Desmond Mills, Jr.

Respectfully Submitted,

/s/Blake D. Ballin, Esq.
BALLIN, BALLIN & FISHMAN, P.C.
200 Jefferson Avenue, Suite 1250
Memphis, TN   38103
(901) 525-6278

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the Honorable Thomas L. Parker, Neal Oldham, Assistant United States Attorneys and all other interested parties via e-mail, via United States mail, first class postage prepaid, or via hand delivery, this the 14th day of September, 2023.

/s/Blake D. Ballin, Esq.