IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE AT MEMPHIS
_____

**UNITED STATES OF AMERICA**

v.                                                                        Case # 2:23cr20191 msn

**DESMOND MILLS, JR.**
_____

**NOTICE OF APPEARANCE**
_____

    Comes now Blake D. Ballin who files this Notice of Appearance in the above-referenced matter as counsel for the Defendant, Desmond Mills, Jr.

                                              Respectfully Submitted,

                                              /s/Blake D. Ballin, Esq.
                                              BALLIN, BALLIN & FISHMAN, P.C.
                                              200 Jefferson Avenue, Suite 1250
                                              Memphis, TN  38103
                                              (901) 525-6278

                                              Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that a true and correct copy of the foregoing has been served upon the Honorable Mark Norris, David Pritchard, Assistant United States Attorneys and all other interested parties via e-mail, via United States mail, first class postage prepaid, or via hand delivery, this the 14th day of September, 2023.

                                              /s/Blake D. Ballin, Esq.