# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

**UNITED STATES OF AMERICA,**
    Plaintiff,

vs.                                                                                         No. 23-20191-MSN

**Emmitt Martin, III,**
    Defendant.

---

## NOTICE OF APPEARANCE

---

    Comes now William D. Massey, of the LAW OFFICE OF MASSEY MCCLUSKY FUCHS & BALLENGER, and gives notice of his appearance on behalf of Defendant to all interested parties.

    Respectfully submitted this 14th day of September, 2023,

                                  THE LAW OFFICE OF MASSEY MCCLUSKY FUCHS & BALLENGER
                                  3074 East Road, Memphis, TN 38128
                                  (901)384-4004

                                  *s/ William D. Massey*
                                  B.P.R. No. 9568

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and exact copy of the foregoing has been served, via electronic mail, upon David Pritchard, AUSA, via electronic delivery, on 14th day of September, 2023.

                                  *s/ William D. Massey*