UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CAUSE NO.: **2:23-cr-20191-MSN** |
| TADARRIUS BEAN | DEFENDANT |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John Keith Perry, Jr., of Perry Griffin, P.C., 5699 Getwell Road, Building G5, Southaven, Mississippi 38672, enters his appearance as counsel of record for the defendant, Tadarrius Bean, in this action and contest the allegations presented in the pleadings.

Dated this the 14th day of September 2023.

Respectfully submitted,

ATTORNEY FOR DEFENDANT

/s/ John Keith Perry, Jr.
John Keith Perry, Jr.,
PERRY GRIFFIN, P.C.
TN Bar No. 24283
5699 Getwell Rd., Bldg. G5
Southaven, MS 38672
Tele: 662-536-6868
Fax:  662-536-6869
jkp@perrygriffin.com

CERTIFICATE OF SERVICE

      I, John Keith Perry, certify that a true and correct copy of the above and foregoing Notice of Appearance unto the following, United States District Attorney for the Western District of Tennessee, via the Court's electronic filing system.

      This the 14th day of September 2023

                                              /s/ John Keith Perry, Jr.
                                              John Keith Perry, Jr.