AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee



FID# 11515549

| United States of America | ) |
| v. | ) |
| EMMITT MARTIN III | ) Case No. 2:23-cr-20191-MSN |
| Defendant | ) |

## ARREST WARRANT

**ORIGINAL**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **EMMITT MARTIN III**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 242 - Deprivation of Rights Under Color of Law: Excessive Force, Failure to Intervene, and Deliberate Indifference
18 U.S.C. § 1512(k) - Conspiracy to Witness-Tamper
18 U.S.C. § 1512(b)(3) - Obstruction of Justice: Witness-Tampering

Date: 9-12-2023

*Issuing officer's signature*

City and state: MEMPHIS, TENNESSEE

WENDY R. OLIVER - CLERK, U.S. DISTRICT COURT
*Printed name and title*

---

### Return

This warrant was received on (date) 9/12/23, and the person was arrested on (date) 9/14/23
at (city and state) Memphis, TN.

Date: 9/14/23

*Arresting officer's signature*

*Printed name and title*