# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cr-20191-MSN |
| | ) | |
| v. | ) | |
| | ) | |
| EMMITT MARTIN III, | ) | |
| TADARRIUS BEAN, | ) | |
| DEMETRIUS HALEY, | ) | |
| DESMOND MILLS JR., and | ) | |
| JUSTIN SMITH, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AMENDING RELEASE CONDITION REGARDING TRAVEL BY DEFENDANT JUSTIN SMITH

At the September 21, 2023 Scheduling Conference, the Court granted the unopposed oral motion by Counsel for Defendant Justin Smith ("Defendant") to allow Defendant to travel to Mississippi to meet with his attorney, whose office is located in Southaven. Accordingly, it is **ORDERED** that the release condition that Defendant remain in the Western District of Tennessee is amended to permit Defendant to travel to and from Southaven, Mississippi to meet with his counsel. All other conditions of his release as outlined in the initial orders setting release conditions remain in full force and effect.

**IT IS SO ORDERED**, this 25th day of September, 2023.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE