UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-CR-20191-MSN |
| : | |
| DEMETRIUS HALEY, : | |
| : | |
| Defendant. : | |
| : | |

### GOVERNMENT'S RESPONSE TO DFENDANT'S MOTION
### FOR RELEASE OF BRADY MATERIALS

The United States of America by and through its attorney, the United States Attorney for the Western District of Tennessee, respectfully submits this response to defendant Demetrius Haley's Motion for Release of Brady Materials. (ECF No. 55.) The government has responded to defendant's request and will continue to produce any material responsive to the request as the case proceeds. The defendant therefore agrees that at this time his motion is moot.

Respectfully submitted,

KEVIN G. RITZ
United States Attorney

By: s/*Elizabeth Rogers*
ELIZABETH ROGERS
Assistant United States Attorney
167 N. Main Street, Ste. 800
Memphis, TN 38103
(901) 544-4231
Elizabeth.Rogers@usdoj.gov

## CERTIFICATE OF SERVICE

      I, Elizabeth Rogers, hereby certify that the on the date below, I electronically filed the foregoing with the Clerk of Court for the Western District of Tennessee via the Electronic File System which sent notification of said filing to defense counsel.

s/Elizabeth Rogers
ELIZABETH ROGERS
October 5, 2023
