IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                            CR. NO. 2:23-cr-20191-MSN-5

EMMITT MARTIN, III,
TADARRIUS BEAN, DEMETRIUS
HALEY, DESMOND MILLS, JR.,
AND JUSTIN SMITH

    Defendants.

### DEFENDANT, JUSTIN SMITH'S, NOTICE OF JOINDER TO DEFENDANT, TADARRIUS BEAN'S, MOTION TO MODIFY CONDITIONS OF RELEASE

COMES NOW the Defendant, Justin Smith (hereinafter "Smith") by and through his counsel of record, Martin Zummach, and files this his Notice of Joinder and would state as follows:

1.    As far as the arguments made in Defendant, Tadarrius Bean's, Motion to Modify Conditions of Release [ECF No. 45] filed on September 20, 2023, Smith files his Notice to join in same and adopts same as if copied verbatim herein.

        Respectfully Submitted,

        SPARKMAN-ZUMMACH, P.C.

        S/Martin Zummach
        Martin Zummach, #16352
        Attorney for Defendant, Justin Smith
        7125 Getwell Road, Ste. 201
        Southaven, MS 38671
        662-349-6900

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 5th day of October, 2023, a copy of the foregoing document was electronically filed with court clerk using the ECF System, and that upon filing, a copy will be sent via the Court's ECF System to all registered parties in this case.

*S/Martin Zummach*