# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cr-20191-MSN |
| | ) | |
| v. | ) | |
| | ) | |
| EMMITT MARTIN III, | ) | |
| TADARRIUS BEAN, | ) | |
| DEMETRIUS HALEY, | ) | |
| DESMOND MILLS JR., and | ) | |
| JUSTIN SMITH, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF REFERENCE

Before the Court is Defendant Tadarrius Bean's ("Defendant") Motion to Modify Conditions of Release. ("Motion," ECF No. 45.) This Motion is hereby **REFERRED** to the United States Magistrate Judge for determination or for proposed findings and recommendation, as appropriate.

**IT IS SO ORDERED**, this 25th day of October, 2023.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE