UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

STATE OF TENNESSEE

No23cr20191 MSN

v.

DESMOND MILLS, JR.,

*Defendant*,

---

## CORRECTED MOTION TO MODIFY CONDITIONS OF RELEASE

---

**COMES NOW** Defendant, Desmond Mills, Jr., by and through counsel, who moves this Honorable Court to modify the conditions of his release as follows:

That based on the current detention and release order, the defendant's travel is restricted to the Western District of Tennessee and the district of West Virginia.

That the defendant moves the court to modify these conditions by adding the language "and other travel as approved by the pretrial services officer".

That Counsel for the defendant has consulted AUSA, Elizabeth Rogers, and she has no objection to this modification.

Respectfully submitted,
BALLIN, BALLIN & FISHMAN, P.C.

/s/Blake D. Ballin, Esq.
200 Jefferson Avenue, Suite 1250
Memphis, TN 38103
(901) 525-6278
Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that a true and correct copy of the foregoing has been served upon AUSA Elizabeth Rogers via the ECF email system, this the **30th  day of October, 2023**

<u>/s/Blake D. Ballin, Esq.</u>