**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cr-20191-MSN |
| | ) | |
| v. | ) | |
| | ) | |
| EMMITT MARTIN III, | ) | |
| TADARRIUS BEAN, | ) | |
| DEMETRIUS HALEY, | ) | |
| DESMOND MILLS JR., and | ) | |
| JUSTIN SMITH, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF REFERENCE

Before the Court are Defendant Desmond Mills Jr.'s Motion to Modify Conditions of Release, (ECF No. 76[1]), and Defendant Justin Smith's Motion to Modify Conditions of Release, (ECF No. 77). These Motions are hereby **REFERRED** to the United States Magistrate Judge for determination or for proposed findings and recommendation, as appropriate.

**IT IS SO ORDERED**, this 31st day of October, 2023.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

---

[1] Defendant Mills filed his original Motion to Modify Conditions of Release on October 26, 2023. (ECF No. 73.) He filed a second, corrected Motion on October 30, 2023 to correct a deficiency in the signature line. (ECF No. 76.)