# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cr-20191-MSN |
| | ) | |
| v. | ) | |
| | ) | |
| EMMITT MARTIN III, | ) | |
| TADARRIUS BEAN, | ) | |
| DEMETRIUS HALEY, | ) | |
| DESMOND MILLS JR., and | ) | |
| JUSTIN SMITH, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On November 14, 2023, the Court held an Interim Report Date at which the Court orally granted several Motions that were pending in this matter following discussion with parties. For the sake of clarity of the record, the Court memorializes those rulings here as follows:

(1) The Motion for Release of Brady Materials (ECF No. 55) is **DENIED AS MOOT**.

(2) The Motion to Compel Discovery and Order United States to Produce an Index of Investigative Material the United States Possesses but Does Not Intend to Produce (ECF No. 59), is **DENIED WITHOUT PREJUDICE**.

(3) The Unopposed Motion for Use of a Juror Questionnaire (ECF No. 96) is **GRANTED**. Parties shall have up to and including **March 1, 2024** in which to file a proposed questionnaire to the Court. If parties cannot agree on a joint questionnaire, they may file separate questionnaires.

(4) The Unopposed Motion to Set March 1, 2024 Deadline for Government to Disclose All Transcripts It Intends to Use at Trial (ECF No. 97) is **GRANTED**. The Government shall have up to and including **March 1, 2024** in which to disclose such transcripts.

(5) The Unopposed Motion to Extend Motion Deadline (ECF No. 98) and the Unopposed Motion to Extend Pretrial Motions Deadline (ECF No. 99) are **GRANTED**. Pretrial motions shall be submitted on or before **January 8, 2024**.

**IT IS SO ORDERED**, this 30th day of November, 2023.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE