**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cr-20191-MSN |
| | ) | |
| v. | ) | |
| | ) | |
| EMMITT MARTIN III, | ) | |
| TADARRIUS BEAN, | ) | |
| DEMETRIUS HALEY, | ) | |
| DESMOND MILLS JR., and | ) | |
| JUSTIN SMITH, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING IN PART MOTIONS FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

Before the Court are Defendant Emmitt Martin, III and Defendant Demetrius Haley's ("Defendants") Motions for Extension of Time to File Pretrial Motions.  (ECF Nos. 120 & 121.) Both Defendants ask that they have until February 26, 2024 to file any pretrial motion given the amount of discovery in this case, with Defendant Haley adding that counsel has been ill and is in trial beginning today.  (ECF No. 120 at PageID 403; ECF No. 121 at PageID 411.)  The Court notes that neither Motion is opposed and finds that, for the reasons set forth in both Motions, an extension of the pretrial deadline is appropriate.  Given the swiftly-approaching trial date, however, the Court will grant only a thirty-day extension to better assure that this matter proceeds as scheduled.  Accordingly, the Motions are **GRANTED IN PART**.  Defendants shall have up to and including **Wednesday, February 7, 2024** in which to file any pretrial motions.

IT IS SO ORDERED, this 8th day of January, 2024.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE