IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EMMITT MARTIN, III,
TADARRIUS BEAN, DEMETRIUS
HALEY, DESMOND MILLS, JR.,
AND JUSTIN SMITH

    Defendants.

CR. NO. 2:23-cr-20191-MSN-5

### DEFENDANT, JUSTIN SMITH'S, NOTICE OF JOINDER TO DEFENDANT, EMMITT MARTIN, III'S, MOTION TO TRANSFER TRIAL

COMES NOW the Defendant, Justin Smith (hereinafter "Smith") by and through his counsel of record, Martin Zummach, and files this his Notice of Joinder and would state as follows:

1. Smith adopts the analysis, reasoning and legal arguments offered by counsel for Defendant, Emmitt Martin, III, in his Motion to Transfer Trial [ECF No. 156] filed on February 6, 2024.

2. Smith states that the arguments contained in Defendant Martin's Motion to Transfer Trial are appropriate to him for the identical reasons of fairness and justice. Smith would also state the relief requested applies equally to him, and as such, adopts same as if copied verbatim herein.

Respectfully Submitted,

SPARKMAN-ZUMMACH, P.C.

S/Martin Zummach
Martin Zummach, #16352
Attorney for Defendant, Justin Smith
7125 Getwell Road, Ste. 201
Southaven, MS 38671
662-349-6900

CERTIFICATE OF SERVICE

The undersigned certifies that on the 7th day of February, 2024, a copy of the foregoing document was electronically filed with court clerk using the ECF System, and that upon filing, a copy will be sent via the Court's ECF System to all registered parties in this case.

*S/Martin Zummach*