UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

*Wendy R. Oliver, Clerk*                                                                *Deputy-in-Charge*
*242 Federal Building*                                             *U. S. Courthouse, Room 262*
*167 N. Main Street*                                                  *111 South Highland Avenue*
*Memphis, Tennessee 38103*                               *Jackson, Tennessee 38301*
*(901) 495-1200*                                                      *(713) 421-9200*

---

NOTICE OF RE-SETTING
Before Judge Mark S. Norris, United States District Judge

---

February 8, 2024

RE:    2:23cr20191-MSN
         *USA v. EMMITT MARTIN, III, TADARRIUS BEAN, DEMETRIUS HALEY, JUSTIN SMITH*

Dear Sir/Madam:

A **JURY TRIAL** has been **RE-SET** before **Judge Mark S. Norris** on **MONDAY, SEPTEMBER 9, 2024** at **9:30 AM in Courtroom 4, 9th floor of the Federal Building, Memphis, Tennessee**.  (Reset from 05/06/24)

A **REPORT DATE** has been **SET** before **Judge Mark S. Norris** on **FRIDAY, FEBRUARY 23, 2024 at 1:30 PM in Courtroom 4, 9th floor of the Federal Building.**

If you have any questions, please contact the case manager at the number provided below.

                                         Sincerely,
                                         WENDY R. OLIVER, CLERK

                                         BY:    S/ *Zandra Frazier*
                                                     Zandra Frazier, Case Manager
                                                     901-495-1277
                                                     E-mail: zandra_frazier@tnwd.uscourts.gov