**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

———————————————————————————————

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Criminal No. 2:23-cr-20191-MSN** |
| ) | |
| ) | |
| **EMMITT MARTIN, III, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

———————————————————————————————

**RESPONSE TO DEFENDANT HALEY'S MOTION TO COMPEL DISCOVERY**

———————————————————————————————

The United States respectfully submits that it has complied with the Motion filed at RE 157. The Motion should therefore be denied as moot.

A federal grand jury returned an indictment in the case on September 12, 2023. (RE 1). The government made its first discovery production on September 21, 2023. (RE 47). The government provided a second round of discovery on November 2, 2023. (RE 94). Included in discovery was a report from a TBI analyst entitled "Official Forensic Biology Report." Since production of that report, Defendant Haley has made requests for additional reports and underlying data from TBI. The United States has made multiple requests to TBI for the additional information and has to date provided three additional rounds of disclosure. With the latest production, the United States has complied with Defendant Haley's requests for additional information.

The parties having agreed that the Motion has been satisfied, the United States moves to dismiss the Motion as moot.

Respectfully submitted,

KEVIN G. RITZ
United States Attorney

By:    s/David Pritchard
DAVID PRITCHARD
ELIZABETH ROGERS
Assistant United States Attorneys
167 N. Main Street, Ste. 800
Memphis, TN 38103
901/544-4231

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

FORREST CHRISTIAN
KATHRYN E. GILBERT
Trial Attorneys
Civil Rights Division
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 616-2430

**CERTIFICATE OF SERVICE**

I, David Pritchard, hereby certify that the on the date below, I electronically filed the foregoing with the Clerk of Court for the Western District of Tennessee via the Electronic File System which sent notification of said filing to defense counsel.

s/David Pritchard
DAVID PRITCHARD
March 5, 2024