IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES,

    Plaintiff,

v.                                                              No. 23-20191

DEMETRIUS HALEY,

    Defendant.

---

NOTICE OF HALEY'S POSITION ON R. 157 IN LIGHT OF ORDER OF REFERENCE

---

Comes now the defendant, Demetrius Haley, by and through his counsel of record and, in light of the order of reference entered by docket text without a document number on April 1, 2024, provides notice that he is in agreement with the United States' response. (R. 215). Haley has received everything requested regarding the "Official Forensic Biology Report" sought to be compelled with respect to DNA testing.

    Respectfully submitted,

    S/Michael J. Stengel
    _____
    Michael J. Stengel (12260)
    Lawyer for Demetrius Haley
    619 South Cooper Street
    Memphis, TN 38104
    (901) 527-3535

                    S/Stephen R. Leffler
                    _____
                    Stephen R. Leffler (11038)
                    Lawyer for Demetrius Haley
                    2670 Union Ave. Extd., Ste. 819
                    Memphis, TN 38112
                    (901) 509-9112

## Certificate of Service

    I hereby certify that I have served a copy of the foregoing Notice Regarding R. 157 and Order of Reference electronically, via the Court's electronic filing system, 1st day of April, 2024.

                    S/Michael J. Stengel