IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**UNITED STATES,**

        **Plaintiff,**

v.                                            Case 2:23-cr-20191-MSN

**DEMETRIUS HALEY,**

        **Defendant.**

**ORDER FINDING AS MOOT MOTION TO COMPEL DISCOVERY OF MATERIALS RELATED TO AN "OFFICIAL FORENSIC BIOLOGY REPORT" THE GOVERNMENT PRODUCED IN DISCOVERY**

On February 2, 2024, Defendant Demetrius Haley filed a Motion to Compel the Discovery of Material Related to an "Official Forensic Biology Report" the Government Produced in Discovery. (Docket Entry ("D.E.") #157). The instant motion was referred to the United States Magistrate Judge for determination. (D.E. #200). On March 5, 2024, the Government filed its Response stating that the parties have resolved the issue in Defendant Haley's Motion and that the parties agree that it is now moot. Accordingly, Defendant's Motion is hereby found to be MOOT.

**IT IS SO ORDERED** this 4th day of April, 2024.

                                                           s/ Charmiane G. Claxton
                                                           CHARMIANE G. CLAXTON
                                                           UNITED STATES MAGISTRATE JUDGE