

**U.S. Department of Justice**

*United States Attorney*
*Western District of Tennessee*

*167 North Main Street, Suite 800*  *Telephone (901)544-4231*
*Memphis, Tennessee 38103*  *Fax (901)544-4230*

May 1, 2024

William Massey
3074 East St.
Memphis, TN 38128
901-384-4004

Stephen Ross Johnson
Catalina L.C. Goodwin
Stella Renee Hammond
606 West Main Street Suite 300
Knoxville, TN 37902
865-637-0661

John Keith Perry
5699 Getwell Rd. Bldg. G5
Southaven, MS 38672
662-536-6868

Kevin Whitmore
363 Lida Lane
Cordova, TN 38018
901-461-1039

Michael Stengel
619 South Cooper St.
Memphis, TN 38104
901-527-3535

Stephen R. Leffler
2670 Union Avenue Ext Suite 819
Memphis, TN 38112
901-527-8830

Martin Zummach
7125 Getwell Rd. Ste. 201
Southaven, MS 38672
662-349-6900

Re:   *United States vs. Emmitt Martin, et al.*
      Cr. No. 2:23-cr-20191-MSN

Dear Counsel:

We write in response to your discovery requests and to provide you with our fourth production of discovery in this case. Please note that this production includes items that were previously produced but which have been assigned new Bates numbers to correct previous overlap. Please use the new Bates numbers going forward. This production also includes screenshots of text messages taken from materials previously provided in discovery.

1. As to Rule 16(a)(1)(A) and (B), statements by your clients, including text messages, are included with discovery.

2. As to Rule 16(a)(1)(E), documents, including interview reports, and audio recordings are included with discovery.

3. The government is cognizant of its continuing obligation pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny and will disclose such materials in a timely manner, should they exist. Additionally, the government is aware of its continuing obligation to make impeachment evidence available in a timely manner, should it exist.

4. This production has been placed on USAfx. You should have access today. This evidence is BATES stamped US_00048002 - US_00050329. Please let us know if you have any issues accessing these materials. We will provide additional information by email.

We will make additional productions of discovery material as needed as trial approaches. Please feel free to contact us at (901) 544-4231 (David) or (202) 616-2430 (Kate) if you have any questions.

Very truly yours,

KEVIN G. RITZ
United States Attorney

By:   s/David Pritchard
      DAVID PRITCHARD
      Assistant United States Attorney
      167 N. Main Street, Ste. 800
      Memphis, TN 38103
      (901) 544-4231

      KRISTEN CLARKE
      ASSISTANT ATTORNEY GENERAL

By:   s/Kathryn E. Gilbert
      Forrest Christian
      Deputy Chief

Kathryn E. Gilbert
Special Litigation Counsel
150 M Street NE
Washington, DC 20002
(202) 616-2430

cc:     Clerk of the Court (W.D. Tenn.)

**CERTIFICATE OF SERVICE**

    I, Kathryn E. Gilbert, hereby certify that the on the date below, I electronically filed the foregoing with the Clerk of Court for the Western District of Tennessee via the Electronic File System which sent notification to counsel of record.

                                                        s/ Kathryn E. Gilbert
                                                        KATHRYN E. GILBERT
                                                        May 1, 2024