IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. 2:23-cr-20191-MSN |
| | ) | |
| EMMITT MARTIN, III | ) | |

## JOINT MOTION TO DENY AS MOOT MOTION TO QUASH SUBPOENA AS TO JAMICHAEL SANDRIDGE

The defendant, Emmitt Martin, III, through counsel, and third-party witness Jamichael Sandridge, also through counsel, herein jointly move the Court to deny as moot the Motion to Quash Subpoena filed under seal by Mr. Sandridge's counsel. (ECF No. 256).

In support, the following is submitted:

(1) Counsel for Ms. Sandridge filed the motion to quash under seal due to his counsel's difficulties with filing to the Court's electronic filing system as a third party. Counsel for Mr. Martin and for Mr. Sandridge agree, though, that there isn't a legitimate reason for the motion itself or discussion of it here to be sealed.

(2) Since the filing of Mr. Sandridge's motion to quash, the Court has rescheduled the hearing in this matter to now occur on May 28 and May 29, 2024. (ECF No. 257, Notice of Re-Setting Hearing on Motions). As a result, counsel for Mr. Martin and counsel for Mr. Sandridge agree that the Motion to Quash Subpoena as to Mr. Sandridge for May 6 and May 7, 2024, should be denied as moot, and any subpoena for appearance and testimony on those dates is no longer in effect. Should counsel for Mr. Martin determine a subpoena for Mr. Sandridge's testimony is necessary for future hearing dates, one will be served on Mr. Sandridge, either through his counsel if service is agreed to in that fashion, or personally on Mr. Sandridge at his current address in Chattanooga.

A proposed order will be submitted to the Court's chambers via email.

Respectfully submitted this 2nd day of May, 2024, by:

        RITCHIE, DAVIES, JOHNSON, & STOVALL, P.C.

        /s/Stephen Ross Johnson
        STEPHEN ROSS JOHNSON [TN BPR No. 022140]
        CATALINA L.C. GOODWIN [TN BPR No. 038660]
        606 W. Main Street, Suite 300
        Knoxville, TN 37902
        (865) 637-0661
        www.rdjs.law
        johnson@rdjs.law
        goodwin@rdjs.law

        /s/ William D. Massey
        WILLIAM D. MASSEY [BPR No. 9568]
        3074 East Road
        Memphis, TN 38128
        (901) 384-4004
        w.massey3074@gmail.com

        *Counsel for Emmitt Martin, III*


        /s/ Laura E. Smittick
        LAURA E. SMITTICK [TN BPR No. 32374]
        242 Poplar Avenue
        (901) 338-0404
        support@smitticklaw.com

        *Counsel for Jamichael Sandridge*

## **CERTIFICATE OF SERVICE**

      We jointly certify that on May 2nd, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

s/Stephen Ross Johnson

s/ Laura E. Smittick