IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cr-20191-MSN |
| | ) | |
| v. | ) | |
| | ) | |
| EMMITT MARTIN III, | ) | |
| TADARRIUS BEAN, | ) | |
| DEMETRIUS HALEY, | ) | |
| *and* JUSTIN SMITH, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING JOINT MOTION TO DENY AS MOOT MOTION TO QUASH SUBPOENA AND DENYING AS MOOT MOTION TO QUASH SUBPOENA**

Before the Court are Witness JaMichael Sandridge's ("Mr. Sandridge") Motion to Quash Subpoena, ("Motion to Quash," ECF No. 256), and Defendant Emmitt Martin, III and Mr. Sandridge's ("Parties") Joint Motion to Deny as Moot Motion to Quash Subpoena as to JaMichael Sandridge, ("Joint Motion," ECF No. 261). Parties advise in their Joint Motion that the Motion to Quash is moot given the Court's rescheduling of the May 6 and May 7 hearing and Parties' agreement as to future service should it become necessary. (ECF No. 261 at PageID 3088.) Accordingly, the Joint Motion is **GRANTED** and the Motion to Quash is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 25th day of May, 2024.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE