```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

UNITED STATES,

    Plaintiff,

v.  No. 23-20191

EMMITT MARTIN, III
DEMETRIUS HALEY,
TADDARIUS BEAN,
JUSTIN SMITH

    Defendants.

## UNOPPOSED JOINT MOTION REGARDING DISCLOSURE OF JUROR QUESTIONNAIRES

Come now the defendants, by and through their counsel of record, and move this court to order the clerk to distribute the completed questionnaires to counsel for the respective parties by August 16, 2024. In support thereof, Mr. Haley would show:

1. The clerk's office has informed counsel that it intends to distribute the completed questionnaires to counsel ten (10) days prior to the September 9, 2024 commencement.

2. In view of the volume of work that counsel will be doing in the days leading up to the trial, the other late August deadlines this court has set, (R. 251, Scheduling Order), and time needed to both review the questionnaires and determine/plan

appropriate followup to the questionnaires themselves, counsel for all parties need more time than the clerk's office plans.

3. The additional time requested will have the overall effect of streamlining the courtroom portion of the *voir dire* process because counsel will have adequate time to review and focus the necessary followup when a prospective juror is called into the box.

4. Counsel addresses this issue now to ensure that the clerk's office has sufficient time to perform its function and distribute the completed questionnaires to counsel on August 16, 2024.

5. In accordance with L.Crim.R. 12.1(a), the undersigned have discussed this matter with AUSA Pritchard and learn that the United States has no objection to the motion being granted.

WHEREFORE, PREMISES CONSIDERED, Mr. Haley prays that this court grant his motion and order the clerk to distribute the completed questionnaires to counsel for the respective parties by August 16, 2024.

        Respectfully submitted,

        S/Michael J. Stengel
        _____
        Michael J. Stengel (12260)
        Lawyer for Demetrius Haley
        619 South Cooper Street
        Memphis, TN 38104
        (901) 527-3535

/Stephen R. Leffler
_____
Stephen R. Leffler (11038)
Lawyer for Demetrius Haley
2670 Union Ave. Extd., Ste. 819
Memphis, TN 38112
(901) 509-9112


S/William D. Massey
_____
William D. Massey (9568)
Lawyer for Emmitt Martin, III
3074 East Road
Memphis, TN 38128
(901) 384-4004

S/John Keith Perry
_____
John Keith Perry (24283)
Lawyer for Taddarius Bean
5699 Getwell Rd., Bldg. G, Ste. 5
Southaven, MS 38671
(662) 536-6868


S/Martin Zummach
_____
Martin Zummach (16352)
Lawyer for Justin Smith
7125 Getwell Road, Ste. 201
Southaven, MS 38671
(662) 349-6900


## Certificate of Service

I hereby certify that I have served a copy of the foregoing Motion for Order re Questionnaire Disclosure Deadline by electronic means, via the Court's electronic filing system, on AUSA's David Pritchard, Libby Rogers, Kathryn Gilbert, and Forrest Christian and counsel for the co-defendants this 29th day of May, 2024.