IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EMMITT MARTIN, III,
TADARRIUS BEAN, DEMETRIUS
HALEY, DESMOND MILLS, JR.,
AND JUSTIN SMITH

    Defendant.

CR. NO. 2:23-cr-20191-MSN-5

### MOTION TO FILE UNDER SEAL

COMES NOW Defendants, Justin Smith and Tadarrius Bean, by and through counsel, pursuant to the United States District Court for the Western District of Tennessee's Local ECF Policy and Procedure Section 8 and 13.4.3, and has filed under seal a Notice to Supplement the Record.

Respectfully submitted,

SPARKMAN-ZUMMACH, P.C.

*S/Martin Zummach*
Martin Zummach (#16352)
Attorney for Justin Smith
7125 Getwell Road, Ste. 201
Southaven, MS 38672
662-349-6900

PERRY GRIFFIN, P.C.

*S/John Keith Perry, Jr.*
John Keith Perry, Jr., (#24283)
Attorney for Tadarrius Bean
5699 Getwell Road, Bldg. G5
Southaven, MS 38672
662-536-6868

Certificate of Service

The undersigned certifies that on the 3rd day of June, 2024, a copy of the foregoing document was electronically filed with court clerk using the ECF System, and that upon filing, a copy will be sent via the Court's ECF System to all registered parties in this case.

*S/Martin Zummach*
*S/John Keith Perry, Jr.*