IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 2:23-cr-20191-MSN |
| | ) |
| EMMITT MARTIN, III, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## GOVERNMENT'S MOTION TO SEAL MOTION *IN LIMINE* ON THE ADMISSIBILITY OF DEFENDANTS' TESTIMONIAL STATEMENTS

The United States moves to seal its Motion *in Limine* on the Admissibility of Testimonial Statements by Defendants Tadarrius Bean and Justin Smith. Local Rule 8.1 states that it is the policy of this District Court to allow any party to file a document under seal. The Court can subsequently decide precisely how long a sealed filing will remain under seal.

The parties in this case have filed various documents under seal, most notably those related to disputes over the admissibility at trial of materials provided in discovery. Until the Court rules on the admissibility of the testimonial statements that defendants Bean and Smith made during proffer sessions, as identified in the government's motion *in limine*, the government – in an abundance of caution – seeks to file the motion under seal.

Respectfully submitted,

KEVIN G. RITZ
United States Attorney

DAVID PRITCHARD
ELIZABETH ROGERS

        Assistant United States Attorneys
        167 N. Main Street, Ste. 800
        Memphis, TN 38103

        KRISTEN CLARKE
        Assistant Attorney General
        Civil Rights Division
        U.S. Department of Justice

By:  <u>s/ Forrest Christian</u>
        FORREST CHRISTIAN
        Deputy Chief
        KATHRYN E. GILBERT
        Special Litigation Counsel
        950 Pennsylvania Ave., NW
        Washington, DC 20530
        (202) 616-2430
        Forrest.Christian@usdoj.gov

**CERTIFICATE OF SERVICE**

   I, Forrest Christian, hereby certify that the on the date below, I electronically filed the foregoing with the Clerk of Court for the Western District of Tennessee via the Electronic File System which sent notification of said filing to defense counsel.

                     s/Forrest Christian
                     FORREST CHRISTIAN
                     July 1, 2024