IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| v. | ) Criminal No. 2:23-cr-20191-MSN |
| **EMMITT MARTIN, III,** *et al.*, | ) |
| **Defendants.** | ) |

### GOVERNMENT'S MOTION TO SEAL MOTION *IN LIMINE* ON THE ADMISSIBILITY OF DEFENDANTS' NONTESTIMONIAL STATEMENTS

The United States moves to seal its Motion *in Limine* on the Admissibility of Defendants' Nontestimonial Statements. Local Rule 8.1 states that it is the policy of this District Court to allow any party to file a document under seal. The Court can subsequently decide precisely how long a sealed filing will remain under seal.

The parties in this case have filed various documents under seal, most notably those related to disputes over the admissibility at trial of materials provided in discovery. Until the Court rules on the admissibility of the Rule 404(b) evidence noticed by the government, as referenced in the government's motion *in limine*, the government – in an abundance of caution – seeks to file the motion *in limine* under seal.

Respectfully submitted,

KEVIN G. RITZ
United States Attorney

DAVID PRITCHARD
ELIZABETH ROGERS

<pre>
                        Assistant United States Attorneys
                        167 N. Main Street, Ste. 800
                        Memphis, TN 38103

                        KRISTEN CLARKE
                        Assistant Attorney General
                        Civil Rights Division
                        U.S. Department of Justice

                    By: s/ Forrest Christian
                        FORREST CHRISTIAN
                        Deputy Chief
                        KATHRYN E. GILBERT
                        Special Litigation Counsel
                        950 Pennsylvania Ave., NW
                        Washington, DC 20530
                        (202) 616-2430
                        Forrest.Christian@usdoj.gov
</pre>

## CERTIFICATE OF SERVICE

    I, Forrest Christian, hereby certify that the on the date below, I electronically filed the foregoing with the Clerk of Court for the Western District of Tennessee via the Electronic File System which sent notification of said filing to defense counsel.

s/Forrest Christian  
FORREST CHRISTIAN  
July 1, 2024
