IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                        CR. NO. 2:23-cr-20191-MSN-5

EMMITT MARTIN, III,
TADARRIUS BEAN, DEMETRIUS
HALEY, DESMOND MILLS, JR.,
AND JUSTIN SMITH

    Defendant.

## NOTICE OF FILING

    PLEASE TAKE NOTICE on this date the undersigned counsel has served a true and correct copy of the following on the United States of America:

1.     Defendant, Justin Smith's, Disclosure of Expert Witnesses who are as follows:

    a.     Chief Jared Zwickey;

    b.     Dr. Geoffrey Desmoulin;

    c.     Retired Lt. Mark Wojcicki;

    d.     Dr. Sarah Riley; and

    e.     Dr. Ljubisa J. Dragovic.

The original(s) are retained in the file of the undersigned and will be made available to the Court or counsel in accordance with the Local Rules of this Court.

Respectfully submitted,

/s/Martin Zummach
Martin Zummach #16352
Attorney for Defendant, Justin Smith
7125 Getwell Road, Ste. 201
Southaven, MS 38672
(662) 349-6900

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 1st day of July, 2024, a copy of the foregoing document was electronically filed with court clerk using the ECF System, and that upon filing, a copy will be sent via the Court's ECF System to all registered parties in this case.

*S/Martin Zummach*