# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 2:23-cr-20191-MSN |
| | ) | |
| | ) | |
| EMMITT MARTIN, III, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## GOVERNMENT'S MOTION TO SEAL
## MOTION TO EXCLUDE IMPROPER PHARMACOLOGY TESTIMONY BY
## DR. FARR

The United States moves to seal its Motion to Exclude Improper Pharmacology Testimony by Dr. Farr. Local Rule 8.1 states that it is the policy of this District Court to allow any party to file a document under seal. The Court can subsequently decide precisely how long a sealed filing will remain under seal.

The parties in this case have filed various documents under seal, most notably those related to disputes over the admissibility of materials provided in discovery. The above-referenced motion refers to materials in sealed motions. Pending resolution of the government's motion *in limine* on inadmissible character evidence, the government seeks to file under seal the above-referenced motion to exclude.

    Respectfully submitted,

    KEVIN G. RITZ
    United States Attorney

    DAVID PRITCHARD
    ELIZABETH ROGERS

Assistant United States Attorneys  
167 N. Main Street, Ste. 800  
Memphis, TN 38103

KRISTEN CLARKE  
Assistant Attorney General  
Civil Rights Division  
U.S. Department of Justice

By: s/ Forrest Christian  
FORREST CHRISTIAN  
Deputy Chief  
KATHRYN E. GILBERT  
Special Litigation Counsel  
950 Pennsylvania Ave., NW  
Washington, DC 20530  
(202) 616-2430  
Forrest.Christian@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Forrest Christian, hereby certify that on the date below, I electronically filed the foregoing with the Clerk of Court for the Western District of Tennessee via the Electronic File System which sent notification of said filing to defense counsel.

s/Forrest Christian<br>
FORREST CHRISTIAN<br>
July 19, 2024