IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. 2:23-cr-20191-MSN |
| | ) | |
| EMMITT MARTIN, III | ) | |

## MOTION TO FILE UNDER SEAL

The defendant, Emmitt Martin, III, through counsel, pursuant to United States District Court for the Western District of Tennessee's Local ECF Policy and Procedure Section 8 and 13.4.3, has filed under seal motions, and supporting memoranda, to exclude the opinion testimony of the government's medical and autopsy expert witnesses. (Motion to Exclude Opinion Testimony of Toxicologist and for Evidentiary Hearing, ECF No. 397, Memorandum in Support, ECF No. 398); (Motion to Exclude Opinion Testimony of Medical Examiner-Pathologists and Request for an Evidentiary Hearing, ECF No. 399, Memorandum in Support, ECF No. 400.) These pleadings were filed under seal out of an abundance of caution given that they discuss information currently under seal, but Mr. Martin respectfully submits that the sealing of a substantial amount of the record in a federal criminal case, much less one of this nature, impedes constitutional notions of a fair and *public* trial.

Respectfully submitted this 19th day of July, 2024.

RITCHIE, DAVIES, JOHNSON, & STOVALL, P.C.

/s/Stephen Ross Johnson
STEPHEN ROSS JOHNSON [TN BPR No. 022140]
CATALINA L.C. GOODWIN [TN BPR No. 038660]
S. RENEE HAMMOND [TN BPR No. 021419]
606 W. Main Street, Suite 300, Knoxville, TN 37902
(865) 637-0661

THE LAW OFFICE OF MASSEY MCCLUSKY FUCHS & BALLENGER

/s/ William D. Massey
WILLIAM D. MASSEY [BPR No. 9568]
3074 East Road, Memphis, TN 38128
(901) 384-4004

## **CERTIFICATE OF SERVICE**

      I certify that on July 19, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

      s/Stephen Ross Johnson