IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CR. NO. 2:23-cr-20191-MSN-5

EMMITT MARTIN, III,
TADARRIUS BEAN, DEMETRIUS
HALEY, DESMOND MILLS, JR.,
AND JUSTIN SMITH

    Defendants.

---

### DEFENDANT, JUSTIN SMITH'S, NOTICE OF JOINDER TO DEFENDANT, EMMITT MARTIN, III'S, REPLY TO GOVERNMENT'S RESPONSE TO MOTION IN LIMINE TO EXCLUDE AUTOPSY PHOTOGRAPHS [ECF NO. 413]

---

COMES NOW the Defendant, Justin Smith, by and through his counsel of record, Martin Zummach, and files this his Notice of Joinder and would state as follows:

1. Justin Smith adopts the analysis, reasoning and legal arguments offered by counsel for Defendant, Emmitt Martin, III, in his Reply to Government's Response to Motion in Limine to Exclude Autopsy Photographs [ECF No. 413] filed on July 24, 2024.

2. Justin Smith states that the arguments contained in Defendant Martin's Reply to Government's Response to Motion in Limine to Exclude Autopsy Photographs apply equally to him, and as such, adopts same as if copied verbatim herein.

Respectfully Submitted,

SPARKMAN-ZUMMACH, P.C.

S/Martin Zummach
Martin Zummach, #16352
Attorney for Defendant, Justin Smith
7125 Getwell Road, Ste. 201
Southaven, MS 38671
662-349-6900

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 24th day of July, 2024, a copy of the foregoing document was electronically filed with court clerk using the ECF System, and that upon filing, a copy will be sent via the Court's ECF System to all registered parties in this case.

*S/Martin Zummach*