

**U.S. Department of Justice**
*United States Attorney*
*Western District of Tennessee*

---

*167 North Main Street, Suite 800*          *Telephone (901)544-4231*
*Memphis, Tennessee 38103*                   *Fax (901)544-4230*


August 1, 2024

William Massey
3074 East St.
Memphis, TN 38128
901-384-4004

Stephen Ross Johnson
Catalina L.C. Goodwin
Stella Renee Hammond
606 West Main Street Suite 300
Knoxville, TN 37902
865-637-0661

John Keith Perry
5699 Getwell Rd. Bldg. G5
Southaven, MS 38672
662-536-6868

Kevin Whitmore
363 Lida Lane
Cordova, TN 38018
901-461-1039

Michael Stengel
619 South Cooper St.
Memphis, TN 38104
901-527-3535

Stephen R. Leffler
2670 Union Avenue Ext Suite 819
Memphis, TN 38112
901-527-8830

Martin Zummach
7125 Getwell Rd. Ste. 201
Southaven, MS 38672
662-349-6900

Re:     *United States vs. Emmitt Martin, et al.*
        Cr. No. 2:23-cr-20191-MSN

Dear Counsel:

We write to provide you with our sixth production of discovery in this case. In addition to the materials previously provided to you:

1.      Documents, including the BERLA report, interview reports, photos, and updated curriculum vitae are included with discovery. Additionally, Dr. Rebecca Folkerth has advised that in 2021, she provided testimony in *People v. Joshua Mounts* in the Hamilton County (Ohio) Court of Common Pleas, Trial No. B-1801231.

2.      This production has been placed on USAfx. You should have access today. This evidence is BATES stamped US_00051599-US_00052024. Please let us know if you have any issues accessing these materials.

We will make additional productions of discovery material as needed as trial approaches. Please feel free to contact us at (901) 544-4231 (David) or (202) 616-2430 (Kate) if you have any questions.

                                                Very truly yours,

                                                KEVIN G. RITZ
                                                United States Attorney

                                        By:     s/David Pritchard
                                                DAVID PRITCHARD
                                                Assistant United States Attorney
                                                167 N. Main Street, Ste. 800
                                                Memphis, TN 38103
                                                (901) 544-4231

                                                KRISTEN CLARKE
                                                ASSISTANT ATTORNEY GENERAL

                                        By:     s/ Kathryn E. Gilbert
                                                Forrest Christian
                                                Deputy Chief
                                                Kathryn E. Gilbert
                                                Special Litigation Counsel
                                                150 M Street NE
                                                Washington, DC 20002
                                                (202) 616-2430

cc:     Clerk of the Court (W.D. Tenn.)

## **CERTIFICATE OF SERVICE**

      I, Kathryn E. Gilbert, hereby certify that the on the date below, I electronically filed the foregoing with the Clerk of Court for the Western District of Tennessee via the Electronic File System which sent notification to counsel of record.

                                          s/ Kathryn E. Gilbert
                                          KATHRYN E. GILBERT
                                          August 1, 2024