IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cr-20191-MSN |
| | ) | |
| v. | ) | |
| | ) | |
| EMMITT MARTIN III, | ) | |
| TADARRIUS BEAN, | ) | |
| DEMETRIUS HALEY, | ) | |
| and JUSTIN SMITH, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF REFERENCE**

Before the Court are the following Motions:

1. The United States' Motion to Exclude Expert Testimony of Dr. Geoffrey Desmoulin, (ECF No. 366);

2. The United States' Motion to Exclude Improper Expert Testimony of Jared Zwickey Regarding Use of Force by Defendant Smith, (ECF No. 367);

3. The United States' Motion to Exclude Improper Expert Testimony of Jared Wojcicki Regarding Use of Force by Defendant Smith, (ECF No. 370);

4. The United States' Motion to Exclude Improper Expert Testimony Regarding Use of Force by Defendant Haley, (ECF No. 371);

5. The United States' Motion to Exclude Improper Expert Testimony Regarding Use of Force by Defendant Bean, (ECF No. 372);

6. The United States' Motion to Exclude Improper Expert Testimony Regarding Use of Force by Defendant Martin, (ECF No. 375);

7. The United States' Motion to Limit Expert Testimony of Dr. Dragovic and Dr. Owens, (ECF No. 382);

8. The Government's Motion to Exclude Improper Toxicology Testimony by Dr. Riley and Valentine, (ECF No. 387);

9. The Government's Motion to Exclude Expert Testimony of Douglas Lacey, (ECF No. 388); and

10. The Government's Motion to Exclude Improper Pharmacology Testimony by Dr. Farr, (ECF No. 391).

These Motions are hereby **REFERRED** to the United States Magistrate Judge for determination or for proposed findings and recommendation, as appropriate.

    **IT IS SO ORDERED**, this 2nd day of August, 2024.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE