IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 2:23-cr-20191-MSN |
| ) | |
| ) | |
| **EMMITT MARTIN, III,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PROPOSED VERDICT FORM**

The United States respectfully submits its proposed verdict form. This government's verdict form is consistent with the form used in other 18 U.S.C. § 242 cases. The parties have not agreed on a form. The United States circulated a draft verdict form on August 11, 2024. Defendant Martin responded with his proposed verdict form on August 16. Defendant Haley responded with his proposed verdict form on August 18. Defendant Smith responded with his proposed verdict form on today's date. Defendant Bean has not yet responded to the United States' proposed verdict form.

Respectfully submitted,

KEVIN G. RITZ
United States Attorney

DAVID PRITCHARD
ELIZABETH ROGERS
Assistant United States Attorneys
167 N. Main Street, Ste. 800
Memphis, TN 38103

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

By:     s/ Andrew Manns
        FORREST CHRISTIAN
        Deputy Chief
        KATHRYN E. GILBERT
        Special Litigation Counsel
        ANDREW MANNS
        Trial Attorney
        950 Pennsylvania Ave., NW
        Washington, DC 20530

# SPECIAL VERDICT FORM
# <u>COUNT 1</u>

(Deprivation of Rights Under Color of Law – Excessive Force and Failure to Intervene)

## DEFENDANT EMMITT MARTIN III

We, the jury, unanimously find the defendant, **Emmitt Martin III**,

Guilty \_\_\_\_

Not Guilty \_\_\_\_

of the crime of deprivation of rights under color of law as charged in **Count 1** of the Indictment.

**INSTRUCTION**: If you find defendant Emmitt Martin III guilty as to **Count 1**, then check "yes" or "no" below. If you find defendant Emmitt Martin III not guilty as to Count 1, move to Defendant Tadarrius Bean.

We, the jury, unanimously find that the offense charged in **Count 1** resulted in the death of Tyre Nichols:

Yes \_\_\_\_

No \_\_\_\_

## DEFENDANT TADARRIUS BEAN

We, the jury, unanimously find the defendant, **Tadarrius Bean**,

Guilty \_\_\_\_

Not Guilty \_\_\_\_

of the crime of deprivation of rights under color of law as charged in **Count 1** of the Indictment.

**INSTRUCTION**: If you find defendant Tadarrius Bean guilty as to **Count 1**, then check "yes" or "no" below. If you find defendant Tadarrius Bean not guilty as to Count 1, move to Defendant Demetrius Haley.

We, the jury, unanimously find that the offense charged in **Count 1** resulted in the death of Tyre Nichols:

Yes \_\_\_\_

No \_\_\_\_

## DEFENDANT DEMETRIUS HALEY

We, the jury, unanimously find the defendant, **Demetrius Haley**,

Guilty \_\_\_\_

Not Guilty \_\_\_\_

of the crime of deprivation of rights under color of law as charged in **Count 1** of the Indictment.

**INSTRUCTION**: If you find defendant Demetrius Haley guilty as to **Count 1**, then check "yes" or "no" below. If you find defendant Demetrius Haley not guilty as to Count 1, move to Defendant Justin Smith.

We, the jury, unanimously find that the offense charged in **Count 1** resulted in the death of Tyre Nichols:

Yes \_\_\_\_

No  \_\_\_\_

## DEFENDANT JUSTIN SMITH

We, the jury, unanimously find the defendant, **Justin Smith**,

Guilty \_\_\_\_

Not Guilty \_\_\_\_

of the crime of deprivation of rights under color of law as charged in **Count 1** of the Indictment.

**INSTRUCTION**: If you find defendant Justin Smith guilty as to **Count 1**, then check "yes" or "no" below. If you find defendant Justin Smith not guilty as to Count 1, move to Count 2.

We, the jury, unanimously find that the offense charged in **Count 1** resulted in the death of Tyre Nichols:

Yes \_\_\_\_

No  \_\_\_\_

## COUNT 2

(Deprivation of Rights Under Color of Law – Deliberate Indifference)

### DEFENDANT EMMITT MARTIN III

We, the jury, unanimously find the defendant, **Emmitt Martin III**,

Guilty \_\_\_\_

Not Guilty \_\_\_\_

of the crime of deprivation of rights under color of law as charged in **Count 2** of the Indictment.

**INSTRUCTION**: If you find defendant Emmitt Martin III guilty as to **Count 2**, then check "yes" or "no" below. If you find defendant Emmitt Martin III not guilty as to Count 2, move to Defendant Tadarrius Bean.

We, the jury, unanimously find that the offense charged in **Count 2** resulted in the death of Tyre Nichols:

Yes \_\_\_\_

No \_\_\_\_

### DEFENDANT TADARRIUS BEAN

We, the jury, unanimously find the defendant, **Tadarrius Bean**,

Guilty \_\_\_\_

Not Guilty \_\_\_\_

of the crime of deprivation of rights under color of law as charged in **Count 2** of the Indictment.

**INSTRUCTION**: If you find defendant Tadarrius Bean guilty as to **Count 2**, then check "yes" or "no" below. If you find defendant Tadarrius Bean not guilty as to Count 2, move to Defendant Demetrius Haley.

We, the jury, unanimously find that the offense charged in **Count 2** resulted in the death of Tyre Nichols:

Yes \_\_\_\_

No \_\_\_\_

5

**DEFENDANT DEMETRUS HALEY**

We, the jury, unanimously find the defendant, **Demetrius Haley**,

Guilty \_\_\_\_

Not Guilty \_\_\_\_

of the crime of deprivation of rights under color of law as charged in **Count 2** of the Indictment.

**INSTRUCTION**:  If you find defendant Demetrius Haley guilty as to **Count 2**, then check "yes" or "no" below.  If you find defendant Demetrius Haley not guilty as to Count 2, move to defendant Justin Smith.

We, the jury, unanimously find that the offense charged in **Count 2** resulted in the death of Tyre Nichols:

Yes \_\_\_\_

No  \_\_\_\_

**DEFENDANT JUSTIN SMITH**

We, the jury, unanimously find the defendant, **Justin Smith**,

Guilty \_\_\_\_

Not Guilty \_\_\_\_

of the crime of deprivation of rights under color of law as charged in **Count 2** of the Indictment.

**INSTRUCTION**:  If you find defendant Justin Smith guilty as to **Count 2**, then check "yes" or "no" below.  If you find defendant Justin Smith not guilty as to Count 2, move to Count 3.

We, the jury, unanimously find that the offense charged in **Count 2** resulted in the death of Tyre Nichols:

Yes \_\_\_\_

No  \_\_\_\_

# COUNT 3
(Conspiracy)

### DEFENDANT EMMITT MARTIN III

We, the jury, unanimously find the defendant, **Emmitt Martin III**,

Guilty \_\_\_\_

Not Guilty \_\_\_\_

of the crime of conspiracy as charged in **Count 3** of the Indictment.

### DEFENDANT TADARRIUS BEAN

We, the jury, unanimously find the defendant, **Tadarrius Bean**,

Guilty \_\_\_\_

Not Guilty \_\_\_\_

of the crime of conspiracy as charged in **Count 3** of the Indictment.

### DEFENDANT DEMETRIUS HALEY

We, the jury, unanimously find the defendant, **Demetrius Haley**,

Guilty \_\_\_\_

Not Guilty \_\_\_\_

of the crime of conspiracy as charged in **Count 3** of the Indictment.

### DEFENDANT JUSTIN SMITH

We, the jury, unanimously find the defendant, **Justin Smith**,

Guilty \_\_\_\_

Not Guilty \_\_\_\_

of the crime of conspiracy as charged in **Count 3** of the Indictment.

## COUNT 4
(Obstruction of Justice)

### DEFENDANT EMMITT MARTIN III

We, the jury, unanimously find the defendant, **Emmitt Martin III**,

Guilty \_\_\_\_

Not Guilty \_\_\_\_

of the obstruction of justice as charged in **Count 4** of the Indictment.

### DEFENDANT TADARRIUS BEAN

We, the jury, unanimously find the defendant, **Tadarrius Bean**,

Guilty \_\_\_\_

Not Guilty \_\_\_\_

of the obstruction of justice as charged in **Count 4** of the Indictment.

### DEFENDANT DEMETRIUS HALEY

We, the jury, unanimously find the defendant, **Demetrius Haley**,

Guilty \_\_\_\_

Not Guilty \_\_\_\_

of the obstruction of justice as charged in **Count 4** of the Indictment.

### DEFENDANT JUSTIN SMITH

We, the jury, unanimously find the defendant, **Justin Smith**,

Guilty \_\_\_\_

Not Guilty \_\_\_\_

of the obstruction of justice as charged in **Count 4** of the Indictment.

                                                                                                                            _____

                                                                                                                            Foreperson

_____
(Date)