IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EMMITT MARTIN, III,
TADARRIUS BEAN, DEMETRIUS
HALEY, DESMOND MILLS, JR.,
AND JUSTIN SMITH

    Defendant.

CR. NO. 2:23-cr-20191-MSN-5

## MOTION TO FILE UNDER SEAL

The defendant, Justin Smith, by and through counsel, pursuant to United States District Court for the Western District of Tennessee's Local ECF Policy and Procedure Section 8 and 13.4.3, has filed under seal the proposed jury instructions and verdict form specific to Mr. Smith. (Smith's Sealed Notice of Filing Proposed Jury Instructions and Verdict Form, ECF No. 491.) Mr. Smith moves to seal these filings to prevent the proposed jury instructions and verdict form from being publicly available to the jury venire, and because these instructions reference other sealed materials.

                                                          Respectfully submitted,

                                                          SPARKMAN-ZUMMACH, P.C.

                                                          *S/Martin Zummach*
                                                          Martin Zummach (#16352)
                                                          Attorney for Justin Smith
                                                          7125 Getwell Road, Ste. 201
                                                          Southaven, MS 38672
                                                          662-349-6900

Certificate of Service

      The undersigned certifies that on the 19th day of August, 2024, a copy of the foregoing document was electronically filed with court clerk using the ECF System, and that upon filing, a copy will be sent via the Court's ECF System to all registered parties in this case.

*S/Martin Zummach*