# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

___

**UNITED STATES OF AMERICA**

    **Plaintiff,**

vs.                                                       Case No.: 2:23-cr-20191-MSN

**EMMITT MARTIN, III,**
**TADARRIUS BEAN, DEMETRIUS**
**HALEY, DESMOND MILLS, JR.,**
**AND JUSTIN SMITH**

    **Defendant.**

___

## MOTION TO FILE UNDER SEAL

___

The defendant, Tadarrius Bean, through counsel, pursuant to United States District Court for the Western District of Tennessee's Local ECF Policy and Procedure Section 8 and 13.4.3, has filed under seal the proposed jury instructions and verdict form specific to Mr. Bean. (Bean's Sealed Notice of Filing Proposed Jury Instructions and Verdict Form, ECF No. 491.) Mr. Bean moves to seal these filings to prevent the proposed jury instructions and verdict form from being publicly available to the jury venire, and because these instructions reference other sealed materials.

                                                          Respectfully submitted,

                                                          **PERRY GRIFFIN, PC**
                                                          /s/ John Keith Perry, Jr.
                                                          John Keith Perry, Jr., #24283
                                                          Attorney for Defendant
                                                          5699 Getwell Road. Bldg. G5
                                                          Southaven, MS 38672
                                                          P: 662-536-6868
                                                          F:662-536-6869
                                                          JKP@PerryGriffin.com

## CERTIFICATE OF SERVICE

      I, John Keith Perry, certify that I have filed a true and correct copy of the above and foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

This the 19th day of August 2024.

                                                   /s/ John Keith Perry, Jr.
                                                   JOHN KEITH PERRY, JR.