

**U.S. Department of Justice**
*United States Attorney*
*Western District of Tennessee*

---

*167 North Main Street, Suite 800*     *Telephone (901)544-4231*
*Memphis, Tennessee 38103*               *Fax (901)544-4230*

August 19, 2024

William Massey
3074 East St.
Memphis, TN 38128
901-384-4004

Stephen Ross Johnson
Catalina L.C. Goodwin
Stella Renee Hammond
606 West Main Street Suite 300
Knoxville, TN 37902
865-637-0661

John Keith Perry
5699 Getwell Rd. Bldg. G5
Southaven, MS 38672
662-536-6868

Kevin Whitmore
363 Lida Lane
Cordova, TN 38018
901-461-1039

Michael Stengel
619 South Cooper St.
Memphis, TN 38104
901-527-3535

Stephen R. Leffler
2670 Union Avenue Ext Suite 819
Memphis, TN 38112
901-527-8830

Martin Zummach
7125 Getwell Rd. Ste. 201
Southaven, MS 38672
662-349-6900

Re:     *United States vs. Emmitt Martin, et al.*
        Cr. No. 2:23-cr-20191-MSN

Dear Counsel:

We write to provide you with our eighth production of discovery in this case. In addition to the materials previously provided to you:

1.      Interview reports, documents, and photographs are included with this discovery. Additionally, FBI Supervisory Electronics Engineer Andrew Galotti provided additional information about the synchronized videos previously produced in discovery. Galotti advised that he used Adobe Premiere to synch the videos. He described Adobe Premiere as the sister to Photoshop. Galotti put the two videos on a timeline and used the times on the videos and visual and audio clues to match the videos. This is a manual process, not an automatic one. The synch is not perfect because the videos have different frame rates. The time on the clocks on the two videos are also different because the two clocks are synched to different clocks. Even though the events are synched, the clocks are set to slightly different times. Frames can also drop, which can cause the time to appear off.

2.      This production has been placed on USAfx. You should have access today. This evidence is BATES stamped US_00052089–US_00052150. Please let us know if you have any issues accessing these materials.

We will make additional productions of discovery material as needed as trial approaches. Please feel free to contact us at (901) 544-4231 (David) or (202) 616-2430 (Kate) if you have any questions.

                Very truly yours,

                KEVIN G. RITZ
                United States Attorney

By:    s/David Pritchard
        DAVID PRITCHARD
        Assistant United States Attorney
        167 N. Main Street, Ste. 800
        Memphis, TN 38103
        (901) 544-4231

        KRISTEN CLARKE
        ASSISTANT ATTORNEY GENERAL

By:    s/ Kathryn E. Gilbert
        Forrest Christian
        Deputy Chief
        Kathryn E. Gilbert
        Special Litigation Counsel
        150 M Street NE

Washington, DC 20002
(202) 616-2430

cc: Clerk of the Court (W.D. Tenn.)

# CERTIFICATE OF SERVICE

      I, Kathryn E. Gilbert, hereby certify that the on the date below, I electronically filed the foregoing with the Clerk of Court for the Western District of Tennessee via the Electronic File System which sent notification to counsel of record.

      s/ Kathryn E. Gilbert
      KATHRYN E. GILBERT
      August 19, 2024