


**TENNESSEE BUREAU OF INVESTIGATION**
NASHVILLE CRIME LABORATORY
901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639

BILL LEE
Governor

DAVID B. RAUSCH
Director

## OFFICIAL FORENSIC BIOLOGY REPORT

TO: Chuck Baker
TBI - West CID
AGENCY CASE NO: ME5L000002

DATE ISSUED: 2/13/23
**LAB CASE NO:** **231000995**
COUNTY: Shelby

**LAW ENFORCEMENT**
DEMETRIUS HALEY
DESMOND MILLS JR.
EMMITT MARTIN
JUSTIN SMITH
PRESTON HEMPHILL
TADARRIUS BEAN
**OTHER**
TYRE NICHOLS

Received From: Gabriel Vitt
Received By: Abbey Coderre

Date Received: 1/18/23
Time Received: 10:30 am

EXHIBIT(S):

| | |
|---|---|
| 001-a | Left boot from Emmitt Martin |
| 001-b | Right boot from Emmitt Martin |
| 002-a | Left boot from Demetrius Haley |
| 002-b | Right boot from Demetrius Haley |
| 003-a | Left boot from Preston Hemphill |
| 003-b | Right boot from Preston Hemphill |
| 004-a | Right shoe from Justin Smith |
| 004-b | Left shoe from Justin Smith |
| 005-a | Left boot from Tadarrius Bean |
| 005-b | Right boot from Tadarrius Bean |
| 006-a | Jeans from Tyre Nichols |
| 007-a | Sweatpants from Tyre Nichols |
| 008-a | Underwear from Tyre Nichols |
| 009-a | Sig Sauer P229 pistol, magazine, and cartridges (13) from Emmitt Martin |
| 010-a | Left boot from Desmond Mills Jr. |
| 010-b | Right boot from Desmond Mills Jr. |
| 011-a | Baton from Desmond Mills Jr. |
| 015-a | Buccal standard from Emmitt Martin |
| 016-a | Buccal standard from Justin Smith |
| 017-a | Buccal standard from Tadarrius Bean |
| 018-a | Buccal standard from Demetrius Haley |
| 019-a | Buccal standard from Desmond Mills Jr. |
| 020-a | Buccal standard from Preston Hemphill |
| 021-a | Blood standard from Tyre Nichols |
| 022-a | Left hand fingernail clippings from Tyre Nichols |




US_00046273

## OFFICIAL FORENSIC BIOLOGY REPORT

**LABORATORY CASE NO:** 231000995

**DATE ISSUED:** 2/13/23

| | |
|---|---|
| 022-b | Right hand fingernail clippings from Tyre Nichols and clippers |

Received From: Nathan Neese  
Received By: Abbey Coderre  
Date Received: 1/25/23  
Time Received: 9:35 am

EXHIBIT(S):
023-a   Sweatshirt from Tyre Nichols

RESULTS:

Please submit any elimination standards for comparison to the unknown male profiles.

DNA testing was performed using the polymerase chain reaction (PCR) technique for Amelogenin, Y-indel marker, and the following short tandem repeat (STR) loci: D3S1358, vWA, D16S539, CSF1PO, TPOX, D8S1179, D21S11, D18S51, D2S441, D19S433, TH01, FGA, D22S1045, D5S818, D13S317, D7S820, SE33, D10S1248, D1S1656, D12S391, D2S1338, and DYS391.

001-a   Presumptive chemical testing did not indicate the presence of blood.

Outsole (bottom): The DNA profile obtained is consistent with a mixture of at least five individuals, including at least one male. Due to the complex nature and the unknown number of potential contributors to the profile, this profile is inconclusive for comparison purposes.

Front and sides of outsole and toe area: The DNA profile obtained is consistent with a mixture of at least three individuals, including at least one male. Due to the complex nature and the unknown number of potential contributors to the profile, this profile is inconclusive for comparison purposes.

Top fabric toe area: The DNA profile obtained is consistent with a mixture of at least three individuals, including at least one male. The major contributor profile is consistent with exhibit #015-a (Emmitt Martin), who is an assumed contributor to the profile. Due to the limited minor contributor profile obtained, the minor contributor profile is inconclusive for comparison purposes.

001-b   Presumptive chemical testing indicated the presence of blood on the top fabric toe area and the inner side of the boot. Presumptive immunological testing for the presence of human hemoglobin, a component of human blood, was not performed due to a limited sample.

Outsole (bottom): The DNA profile obtained is consistent with a mixture of at least two individuals, including at least one male. Due to the limited profile obtained and the unknown number of potential contributors to the profile, this profile is inconclusive for comparison purposes.

Front and sides of outsole and toe area: The DNA profile obtained is consistent with a mixture of at least two individuals, including at least one male. The major contributor profile matches exhibit #021-a (Tyre Nichols). The probability of randomly selecting an unrelated individual who would be included as a contributor of the DNA profile is 1 in a number greater than the current world population for the African-American, Caucasian, and Southwestern Hispanic populations. The statistics were calculated using allele frequencies from the 2015 Expanded FBI STR Population Data. Due to the limited minor contributor profile obtained, the minor contributor profile is inconclusive for comparison purposes.

Top fabric toe area and inner side: The DNA profile obtained is consistent with a mixture of at least two individuals, including at least one male. The major contributor profile matches exhibit #021-a (Tyre Nichols). The probability of randomly selecting an unrelated individual who would be included as a contributor of the DNA profile is 1 in a number greater than the current world population for the African-American, Caucasian, and Southwestern Hispanic populations. The statistics were calculated using allele frequencies from the 2015 Expanded FBI STR Population Data. Due to the limited minor contributor profile obtained, the minor contributor




US_00046274

profile is inconclusive for comparison purposes.

002-a     Presumptive chemical testing did not indicate the presence of blood.

<u>Outsole (bottom)</u>: The DNA profile obtained is consistent with a mixture of at least seven individuals, including at least one male. Due to the complex nature and the unknown number of potential contributors to the profile, this profile is inconclusive for comparison purposes.

<u>Front and sides of outsole and toe area</u>: The DNA profile obtained is consistent with a mixture of at least four individuals, including at least one male. The major contributor profile is consistent with exhibit #018-a (Demetrius Haley), who is an assumed contributor to the profile. Due to the limited minor contributor profile obtained, the minor contributor profile is inconclusive for comparison purposes.

<u>Top fabric toe area</u>: The DNA profile obtained is consistent with a mixture of at least four individuals, including at least one male. Due to the complex nature and the unknown number of potential contributors to the profile, this profile is inconclusive for comparison purposes.

002-b     Presumptive chemical testing indicated the presence of blood on the top fabric toe area and the inner side of the boot. Presumptive immunological testing for the presence of human hemoglobin, a component of human blood, was not performed due to a limited sample.

<u>Outsole (bottom)</u>: The DNA profile obtained is consistent with a mixture of at least six individuals, including at least one male. Due to the complex nature and the unknown number of potential contributors to the profile, this profile is inconclusive for comparison purposes.

<u>Front and sides of outsole and toe area</u>: The DNA profile obtained is consistent with a mixture of at least three individuals, including at least one male. The major contributor profile is from an unknown male (Unknown Male #1). Due to the limited minor contributor profile obtained, the minor contributor profile is inconclusive for comparison purposes.

Exhibit #015-a (Emmitt Martin), #016-a (Justin Smith), #017-a (Tadarrius Bean), #018-a (Demetrius Haley), #019-a (Desmond Mills Jr.), #020-a (Preston Hemphill), and #021-a (Tyre Nichols) are excluded as the contributor to the major profile.

<u>Top fabric toe area and inner side</u>: The DNA profile obtained is consistent with a mixture of at least four individuals, including at least one male. Due to the complex nature and the unknown number of potential contributors to the profile, this profile is inconclusive for comparison purposes.

003-a     Presumptive chemical testing did not indicate the presence of blood.

<u>Outsole (bottom)</u>: The DNA profile obtained is consistent with a mixture of at least six individuals, including at least one male. Due to the complex nature and the unknown number of potential contributors to the profile, this profile is inconclusive for comparison purposes.

<u>Front, toe, and sides</u>: The DNA profile obtained is consistent with a mixture of at least four individuals, including at least one male. Due to the complex nature and the unknown number of potential contributors to the profile, this profile is inconclusive for comparison purposes.

003-b     Presumptive chemical testing did not indicate the presence of blood.

<u>Outsole (bottom)</u>: The DNA profile obtained is consistent with a mixture of at least four individuals, including at least one male. The major contributor profile is consistent with exhibit #020-a (Preston Hemphill), who is an



US_00046275

assumed contributor to the profile. Due to the limited minor contributor profile obtained, the minor contributor profile is inconclusive for comparison purposes.

Front, toe, and sides: The DNA profile obtained is consistent with a mixture of at least four individuals, including at least one male. Due to the complex nature and the unknown number of potential contributors to the profile, this profile is inconclusive for comparison purposes.

004-a     Presumptive chemical testing did not indicate the presence of blood.

Outsole (bottom): The DNA profile obtained is consistent with a mixture of at least five individuals, including at least one male. Due to the complex nature and the unknown number of potential contributors to the profile, this profile is inconclusive for comparison purposes.

Front and sides of outsole: The DNA profile obtained is consistent with a mixture of at least four individuals, including at least one male. The major contributor profile is consistent with exhibit #021-a (Tyre Nichols). The probability of randomly selecting an unrelated individual who would be included as a contributor of the DNA profile is 1 in a number greater than the current world population for the African-American, Caucasian, and Southwestern Hispanic populations. The statistics were calculated using allele frequencies from the 2015 Expanded FBI STR Population Data. Due to the limited minor contributor profile obtained, the minor contributor profile is inconclusive for comparison purposes.

Top fabric toe area: The DNA profile obtained is consistent with a mixture of at least five individuals, including at least one male. The major contributor profile is consistent with exhibit #021-a (Tyre Nichols). The probability of randomly selecting an unrelated individual who would be included as a contributor of the DNA profile is 1 in a number greater than the current world population for the African-American, Caucasian, and Southwestern Hispanic populations. The statistics were calculated using allele frequencies from the 2015 Expanded FBI STR Population Data. Due to the limited minor contributor profile obtained, the minor contributor profile is inconclusive for comparison purposes.

004-b     Presumptive chemical testing did not indicate the presence of blood.

Outsole (bottom): The DNA profile obtained is consistent with a mixture of at least five individuals, including at least one male. Due to the complex nature and the unknown number of potential contributors to the profile, this profile is inconclusive for comparison purposes.

Front and sides of outsole: The DNA profile obtained is consistent with a mixture of at least four individuals, including at least one male. The major contributor profile is consistent with exhibit #021-a (Tyre Nichols). The probability of randomly selecting an unrelated individual who would be included as a contributor of the DNA profile is approximately 1 in 1.20 billion for the African-American population, 1 in 18.96 billion for the Caucasian population, and 1 in 19.79 billion for the Southwestern Hispanic population. The statistics were calculated using allele frequencies from the 2015 Expanded FBI STR Population Data. Due to the limited minor contributor profile obtained, the minor contributor profile is inconclusive for comparison purposes.

Top fabric toe area: The DNA profile obtained is consistent with a mixture of at least five individuals, including at least one male. Due to the complex nature and the unknown number of potential contributors to the profile, this profile is inconclusive for comparison purposes.

005-a     Presumptive chemical testing did not indicate the presence of blood.

Outsole (bottom): The DNA profile obtained is consistent with a mixture of at least five individuals, including at least one male. Due to the complex nature and the unknown number of potential contributors to the profile, this profile is inconclusive for comparison purposes.



US_00046276

<u>Front, toe, and sides</u>: The DNA profile obtained is consistent with a mixture of at least four individuals, including at least one male. Due to the complex nature and the unknown number of potential contributors to the profile, this profile is inconclusive for comparison purposes.

005-b     Presumptive chemical testing did not indicate the presence of blood.

<u>Outsole (bottom)</u>: The DNA profile obtained is consistent with a mixture of at least three individuals, including at least one male. The major contributor profile is from an unknown male (Unknown Male #2). Due to the limited minor contributor profile obtained, the minor contributor profile is inconclusive for comparison purposes.

Exhibit #015-a (Emmitt Martin), #016-a (Justin Smith), #017-a (Tadarrius Bean), #018-a (Demetrius Haley), #019-a (Desmond Mills Jr.), #020-a (Preston Hemphill), and #021-a (Tyre Nichols) are excluded as the contributor to the major profile.

<u>Front, toe, and sides</u>: The DNA profile obtained is consistent with a mixture of at least three individuals, including at least one male. Due to the complex nature and the unknown number of potential contributors to the profile, this profile is inconclusive for comparison purposes.

006-a     Visual examination did not indicate the presence of bloodstaining. This exhibit was saved for microanalysis testing.

007-a     Visual examination did not indicate the presence of bloodstaining. This exhibit was saved for microanalysis testing.

008-a     Visual examination did not indicate the presence of bloodstaining. This exhibit was saved for microanalysis testing.

009-a     <u>Sides and back of grip, rear sight, slide release, hammer, and back area of slide and frame of pistol</u>: The DNA profile obtained is consistent with a mixture of at least three individuals, including at least one male. Due to the complex nature and the unknown number of potential contributors to the profile, this profile is inconclusive for comparison purposes.

<u>Bottom of magazine</u>: The DNA profile obtained is consistent with a mixture of at least three individuals, including at least one male. Due to the complex nature and the unknown number of potential contributors to the profile, this profile is inconclusive for comparison purposes.

<u>Cartridges</u>: No examination was performed.

010-a     Presumptive chemical testing did not indicate the presence of blood.

<u>Outsole (bottom)</u>: The DNA profile obtained is consistent with a mixture of at least five individuals, including at least one male. Due to the complex nature and the unknown number of potential contributors to the profile, this profile is inconclusive for comparison purposes.

<u>Front, toe, and sides</u>: The DNA profile obtained is consistent with a mixture of at least four individuals, including at least one male. Due to the complex nature and the unknown number of potential contributors to the profile, this profile is inconclusive for comparison purposes.

010-b     Presumptive chemical testing did not indicate the presence of blood.

<u>Outsole (bottom)</u>: The DNA profile obtained is consistent with a mixture of at least eight individuals, including at



US_00046277

OFFICIAL FORENSIC BIOLOGY REPORT

**LABORATORY CASE NO:** 231000995

**DATE ISSUED:** 2/13/23

least one male. Due to the complex nature and the unknown number of potential contributors to the profile, this profile is inconclusive for comparison purposes.

<u>Front, toe, and sides</u>: The DNA profile obtained is consistent with a mixture of at least four individuals, including at least one male. Due to the complex nature and the unknown number of potential contributors to the profile, this profile is inconclusive for comparison purposes.

| | |
|---|---|
| 011-a | <u>Skinniest section and end</u>: Presumptive chemical testing did not indicate the presence of blood. |
| | A limited DNA profile, including at least one male, was obtained. Due to the limited profile obtained, this profile is inconclusive for comparison purposes. |
| | <u>Middle section</u>: Presumptive chemical testing did not indicate the presence of blood. |
| | A limited DNA profile, including at least one male, was obtained. |
| | The DNA profile obtained is only of value for exclusionary purposes. Due to the limited profile obtained, comparison to exhibit #021-a (Tyre Nichols) is inconclusive. |
| | Exhibit #015-a (Emmitt Martin), #016-a (Justin Smith), #017-a (Tadarrius Bean), #018-a (Demetrius Haley), #019-a (Desmond Mills Jr.), and #020-a (Preston Hemphill) are excluded as a contributor. |
| 015-a | A complete DNA profile was obtained for comparison. |
| 016-a | A complete DNA profile was obtained for comparison. |
| 017-a | A complete DNA profile was obtained for comparison. |
| 018-a | A complete DNA profile was obtained for comparison. |
| 019-a | A complete DNA profile was obtained for comparison. |
| 020-a | A complete DNA profile was obtained for comparison. |
| 021-a | A complete DNA profile was obtained for comparison. |
| 022-a | The DNA profile obtained is consistent with a mixture of at least two individuals, including at least one male. The major contributor profile is consistent with exhibit #021-a (Tyre Nichols), who is an assumed contributor to the profile. Due to the limited minor contributor profile obtained, the minor contributor profile is inconclusive for comparison purposes. |
| 022-b | The DNA profile obtained is consistent with exhibit #021-a (Tyre Nichols), who is an assumed contributor to the profile. |
| 023-a | Visual examination did not indicate the presence of bloodstaining. This exhibit was saved for microanalysis testing. |



US_00046278

## OFFICIAL FORENSIC BIOLOGY REPORT

**LABORATORY CASE NO:** 231000995

**DATE ISSUED:** 2/13/23

DISPOSITION:

The evidence will remain at the Nashville Crime Lab until completion of all requested examinations. DNA extracts generated during testing will be destroyed after ten years.

Respectfully Submitted,

*Carrie Schmittgen*

Carrie Schmittgen, MSFS
Special Agent / Forensic Scientist

The above represents the interpretations and opinions of the analyst.
Technical notes and data supporting the conclusions /findings in this report are maintained within the laboratory case records.



US_00046279