# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | 2:23-cr-20191-1-MSN |
| ) | |
| EMMITT MARTIN, III, ) | |
|     Defendant. ) | |

## ORDER ON CHANGE OF PLEA

This cause came to be heard on August 23, 2024, the Assistant United States Attorney for this district, David Pritchard, appearing for the Government, and the Defendant, Emmitt Martin, III, appearing in person and with counsel, William Massey, Stephen Johnson, and Catalina Goodwin.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty as to Counts 1 & 3 of the Indictment. Counts 2 & 4 to be dismissed at sentencing.

Plea colloquy was held and the Court accepted the guilty plea.

SENTENCING in this case is set THURSDAY, DECEMBER 5, 2024 at 9:30 A.M. in Courtroom No. 4, 9th floor of the Federal Building in Memphis before US District Judge Mark S. Norris.

Pursuant to Local Criminal Rule 32.1, the Presentence Report prepared by the United States Probation Officer shall be provided to the parties at least thirty-five (35) days prior to sentencing. Counsel for the parties shall submit any objections or requests in writing to the Probation Officer no more than fourteen (14) days after receiving the report and attempt to resolve any issues involving the report. No more than twenty-one (21) days after receiving the report, the parties shall file their position papers on sentencing with the Court. At least 7 days before the sentencing, the Probation Officer shall submit the final report to the Court and the parties.

Defendant is allowed to remain on bond pending sentencing.

SO ORDERED, this the 23rd day of August, 2024.

                                                      s/ Mark S. Norris
                                                    MARK S. NORRIS
                                                    UNITED STATES DISTRICT JUDGE