```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

UNITED STATES,

    Plaintiff,

v.                                                         No. 23-20191

DEMETRIUS HALEY,

    Defendant.

---

### MOTION TO FILE HALEY'S RENEWED MOTION TO CHANGE VENUE OR FOR ALTERNATIVE RELIEF BASED UPON JUROR QUESTIONNAIRE RESPONSES UNDER SEAL

Comes now the defendant, Demetrius Haley, by and through his counsel of record, and, pursuant to this court's instructions on filing matters under seal in this case and W.D. Tenn. ECF Policy & Procedure 8.1, moves this court to keep his renewed motion for a change of venue or alternative relief under seal pending trial. In support thereof, Mr. Haley would show:

    1. The motion quotes the sealed questionnaire and several responses. It should not be publicly available at this time.

    WHEREFORE, PREMISES CONSIDERED, Mr. Haley prays that, pursuant to W.D. Tenn. ECF Policy & Procedure 8.1, this court order his renewed motion remain sealed until this case is tried.

Respectfully submitted,

S/Michael J. Stengel

_____
Michael J. Stengel (12260)
Lawyer for Demetrius Haley
619 South Cooper Street
Memphis, TN 38104
(901) 527-3535


/Stephen R. Leffler

_____
Stephen R. Leffler (11038)
Lawyer for Demetrius Haley
2670 Union Ave. Extd., Ste. 819
Memphis, TN 38112
(901) 509-9112


Certificate of Service

    I hereby certify that I have served a copy of the foregoing Motion to Seal by electronic means, via the Court's electronic filing system, on AUSA's David Pritchard, Libby Rogers, Kathryn Gilbert, and Forrest Christian and counsel for the co-defendants this 23d day of August, 2024.