IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.

                                   CR. NO. 2:23-cr-20191-MSN-5

EMMITT MARTIN, III,
TADARRIUS BEAN, DEMETRIUS
HALEY, DESMOND MILLS, JR.,
AND JUSTIN SMITH

     Defendants.

DEFENDANT, JUSTIN SMITH'S, NOTICE OF JOINDER TO DEFENDANT,
DEMETRIUS HALEY'S, RENEWED MOTION FOR CHANGE OF
VENUE OR FOR ALTERNATIVE RELIEF [ECF NO.: 503]

COMES NOW the Defendant, Justin Smith, by and through his counsel of record, Martin Zummach, and files this his Notice of Joinder and would state as follows:

1.   Justin Smith adopts the analysis, reasoning and legal arguments offered by counsel for Defendant, Demetrius Haley, in his Renewed Motion for Change of Venue or for Alternative Relief [ECF No. 503] filed on August 23, 2024.

2.   Justin Smith states that the arguments contained in Defendant Haley's Renewed Motion for Change of Venue or for Alternative Relief apply equally to him, and as such, adopts same as if copied verbatim herein.

Respectfully Submitted,

SPARKMAN-ZUMMACH, P.C.


*S/Martin Zummach*
Martin Zummach, #16352
Attorney for Defendant, Justin Smith
7125 Getwell Road, Ste. 201
Southaven, MS 38671
662-349-6900

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 24th day of August, 2024, a copy of the foregoing document was electronically filed with court clerk using the ECF System, and that upon filing, a copy will be sent via the Court's ECF System to all registered parties in this case.

*S/Martin Zummach*