# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

---

**UNITED STATES OF AMERICA**

  **Plaintiff,**

vs.                 Case No.: 2:23-cr-20191-MSN

**EMMITT MARTIN, III,**
**TADARRIUS BEAN, DEMETRIUS**
**HALEY, DESMOND MILLS, JR.,**
**AND JUSTIN SMITH**

  **Defendant.**

---

## MOTION TO FILE UNDER SEAL

---

  The Defendant, Tadarrius Bean, through counsel, pursuant to United States District Court for the Western District of Tennessee's Local ECF Policy and Procedure Section 8 and 13.4.3, has filed under seal the ***Notice of Joinder*** to Mr. Bean. (Bean's Notice of Joinder, ECF No. 509.) Mr. Bean moves to seal these filings to prevent the ***Joinder*** from being publicly available to the jury venire, and because it references other sealed materials.

                   Respectfully submitted,

                   **PERRY GRIFFIN, PC**
                   /s/ John Keith Perry, Jr.
                   John Keith Perry, Jr., #24283
                   Attorney for Defendant
                   5699 Getwell Road. Bldg. G5
                   Southaven, MS 38672
                   P: 662-536-6868
                   F:662-536-6869
                   JKP@PerryGriffin.com

## **CERTIFICATE OF SERVICE**

I, John Keith Perry, certify that I have filed a true and correct copy of the above and foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

David Pritchard
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main Ste. 800
Memphis, TN 38103
Email: david.pritchard2@usdoj.gov

Forrest Christian
DOJ-CRT
950 Pennsylvania Avenue, NW Building
Room 7116
Washington, DC 20530
Email: Forrest.Christian@usdoj.gov

Kathryn Gilbert
DOJ-CRT
950 Pennsylvania Ave NW
Washington, DC 20530
Email: kathryn.gilbert@usdoj.gov

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128
Email: masseymccluskylaw@gmail.com

Michael Stengel
MICHAEL J. STENGEL, ATTORNEY AT LAW
619 South Cooper Street Memphis, TN 38104
Email: stengel12260@mjspc.com

Blake D. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave. Ste. 1250 Memphis, TN 38103
Email: bballin@bbfpc.com

Martin W. Zummach
SPARKMAN ZUMMACH, P.C.
P.O. Box 266 Southaven, MS 38671-0266
Email: martin@sparkman-zummach.com

This the 26th day of August 2024.

/s/ John Keith Perry, Jr._____
JOHN KEITH PERRY, JR.