# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cr-20191-MSN |
| | ) | |
| v. | ) | |
| | ) | |
| TADARRIUS BEAN, | ) | |
| DEMETRIUS HALEY, *and* | ) | |
| JUSTIN SMITH, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DENYING AS MOOT MOTION FOR HEARING ON ECF NOS. 127, 130, 146

Before the Court is Defendant Haley's ("Defendant") Motion for Hearing on ECF Nos. 127, 130, 146, filed April 4, 2024. ("Motion," ECF No. 242.) The Government did not respond to the Motion.

Defendant filed this Motion prior to the Court's May conference with parties, suggesting that the Court might benefit from hearing oral argument on issues related to his Motion for a Bill of Particulars and on evidence the Government sought to introduce under Fed. R. Evid. 404(b). (ECF No. 242 at PageID 2939.) Since Defendant filed this Motion, the Court has discussed the issues raised therein with parties on multiple occasions and ruled on the Motions related to them. (*See* ECF Nos. 356 and 515 (sealed).) Accordingly, Defendant's request is moot.

## CONCLUSION

For these reasons, the Motion for Hearing on ECF Nos. 127, 130, 146, (ECF No. 242), is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 29th day of August, 2024.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE