UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

STATE OF TENNESSEE

No: 2:23cr20191 MSN

v.

DESMOND MILLS, JR.

## MOTION TO CONTINUE SENTENCING AND
## EXTEND THE DEADLINE TO FILE OBJECTIONS TO
## THE PRE-SENTENCE REPORT

**COMES NOW** Defendant, Desmond Mills, Jr., by and through counsel, Blake D. Ballin, who moves this Honorable Court to continue the sentencing hearing set in this matter and to extend the deadline to file objections to the pre-sentence report and in support would show as follows:

That Defendant would request the sentencing hearing be reset to a date in February, 2025 to allow the defense additional time to prepare for the sentencing in this matter.

That Defendant would further request that the deadline to file a position paper and objections to the pre-sentence report be extended to two weeks before the date of the new sentencing hearing.

That Counsel for the defendant has consulted Forrest Christian and he has no objection to this request.

                                              Respectfully submitted,
                                              BALLIN, BALLIN & FISHMAN, P.C.

                                              /s/Blake D. Ballin, Esq.
                                              200 Jefferson Avenue, Suite 1250
                                              Memphis, TN 38103
                                              (901) 525-6278
                                              Attorney for Defendant

**CERTIFICATE OF CONSULTATION**

I, Blake D. Ballin, hereby certify that I have consulted with Forrest Christian regarding this request and he has no objection.

/s/Blake D. Ballin, Esq.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all interested parties via ECF email system this the **15th day of October, 2024.**

/s/Blake D. Ballin, Esq.