# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                               Case No. 2:23-cr-20191-MSN

TADARRIUS BEAN,
DEMETRIUS HALEY, and
JUSTIN SMITH,

    Defendants.

# ORDER

The Court has reviewed the record and motions filed in this matter. Recognizing that a verdict has already been returned, the issues raised in the motions *in limine* were addressed at trial and the Court's ruling on them is preserved in the record. The motions to seal, however, were not addressed by oral rulings of this Court during the trial, were unopposed, and remain ripe. The following unopposed motions to seal are **GRANTED**:

- Defendant Justin Smith's Motion to Seal (ECF No. 643)
- Defendant Demetrius Haley's Motion to Seal (ECF No. 578)
- United States' Motion to Seal (ECF No. 569)
- United States' Motion to Seal (ECF No. 555)

**IT IS SO ORDERED**, this 25th day of October, 2024.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE