**Form 1B**

**Notice of Appeal to a Court of Appeals From an Appealable Order of a District Court**

United States District Court for the Western District of Tennessee
Docket Number 23-20191

United States, Plaintiff
v.
Demetrius Haley, Defendant

Notice of Appeal

Demetrius Haley (name all parties taking the appeal)* appeal to the United States Court of Appeals for the Sixth Circuit from the order denying bond review and release pe (describe the order) entered on November 27, 2024 (state the date the order was entered).

(s) Michael J. Stengel
*Attorney for* Demetrius Haley
*Address*: 619 South Cooper Street, Memphis, TN 38104

[*Note to inmate filers:* *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration with this Notice of Appeal.*]

---

* See Rule 3(c) for permissible ways of identifying appellants.