# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 03, 2024

Mr. Michael J. Stengel
Law Offices
619 S. Cooper Street
Memphis, TN 38104

> Re: Case No. 24-6078, *USA v. Demetrius Haley*
> Originating Case No.: 2:23-cr-20191-3

Dear Counsel,

   This appeal has been docketed as case number **24-6078** with the caption that is enclosed on a separate page

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the website and filed with the Clerk's office by **December 17, 2024**. *Additionally, the transcript order must be completed by that date.* For further information and instructions on ordering transcript electronically, please visit the court's website.

> Appellant: Appearance of Counsel
> Application for Admission to 6th Circuit Bar (if applicable)

> Appellee: Appearance of Counsel
> Application for Admission to 6th Circuit Bar (if applicable)

   More specific instructions are printed on each form. These deadlines are important -- if the initial forms are not timely filed the appeal will be dismissed for want of prosecution.

    If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                                  Sincerely,

                                                  s/Antoinette Macon
                                                  Case Manager
                                                  Direct Dial No. 513-564-7015

cc: Mr. Kathryn E. Gilbert
    Ms. Elizabeth Rogers

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 24-6078

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DEMETRIUS HALEY

    Defendant - Appellant