# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

VS.                                                                 2:23-cr-20191-MSN

**DEMETRIUS HALEY,**

    Defendant.

## NOTICE OF JOINDER WITH TADARRIUS BEAN FOR AN AFTERNOOON SETTING OF MOTIONS ON JANUARY 17, 2025

Defendant, Demetrius Haley, through counsel, joins in the motion of Tadarrius Bean (R. 732) requesting an afternoon setting for the motions that have been set on January 17, 2025. As grounds for this joinder, Stephen R. Leffler, co-counsel for Demetrius Haley, has a 10:00am change of plea scheduled in Jackson before Judge Anderson on January 17, 2025. Like counsel for Tadarrius Bean, co-counsel for Mr. Haley can be in Memphis for the January 17, 2025, motions on the afternoon of the 17th.

WHEREFORE, Stephen R. Leffler hereby joins in the motion of counsel for Tadarriius Bean for an afternoon setting for the motions on January 17, 2025.

Respectfully submitted,

LAW OFFICE OF STEPHEN R. LEFFLER, P.C.

s/ Stephen R. Leffler
Stephen R. Leffler   #11038
Attorney for Defendant, Demetrius Haley
1519 Union Ave., #212
Memphis, Tennessee 38104
(901) 527-8830
Stephen@Lefflerlaw.com

And

s/Michael J. Stengel
Michael J. Stengel (12260)
Lawyer for Demetrius Haley
619 South Cooper Street
Memphis, TN 38104
(901) 527-3535