UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

UNITED STATES OF AMERICA

No: 2:23cr20191 MSN

v.

DESMOND MILLS, JR.

---

## MOTION TO CONTINUE SENTENCING AND
## EXTEND CORRESPONDING DEADLINES

---

**COMES NOW** Defendant, Desmond Mills, Jr., by and through counsel, Blake D. Ballin, and respectfully moves this court to continue his sentencing hearing currently scheduled for February 20, 2025 and for an extension of the corresponding deadlines and in support would show as follows:

That Mr. Mills requests that his sentencing hearing be continued until after the sentencing hearings of all other co-defendants.

That Mr. Mills, like co-defendant, Emmitt Martin, is a cooperating witness who testified over the course of several days at the trial of three of his co-defendants.

That Mr. Mills is also similarly situated to Mr. Martin in that it is possible that his further cooperation may be needed at the sentencing hearings of three of his co-defendants.

That A delay in Mr. Mills's sentencing is therefore necessary to ensure that this Court has all available information to evaluate his cooperation and render a just and reasonable sentence.

WHEREFORE, PREMISES CONSIDERED. Defendant, Desmond Mills, prays for a continuance of his sentencing hearing and an extension of the corresponding deadlines for the reasons set out herein above.

1

Respectfully submitted,
BALLIN, BALLIN & FISHMAN, P.C.

/s/Blake D. Ballin, Esq.
200 Jefferson Avenue, Suite 1250
Memphis, TN 38103
(901) 525-6278
Attorney for Defendant

## CERTIFICATE OF CONSULTATION

I, Blake D. Ballin, hereby certify that I have consulted with Forrest Christian regarding this matter and the government concurs in this request.

/s/Blake D. Ballin, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all interested parties via ECF email system this the **15th day of January, 2025.**

/s/Blake D. Ballin, Esq.