UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

| | |
|---|---|
| *Wendy R. Oliver, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U. S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(731) 421-9200* |

NOTICE OF SETTING
Before Judge Mark S. Norris, United States District Judge

January 17, 2025

RE:   **2:23-cr-20191-MSN**
       *USA v.* **(1) EMMITT MARTIN, III,**
              **(2) TADARRIUS BEAN,**
              **(3) DEMETRIUS HALEY,**
              **(4) DESMOND MILLS, JR. &**
              **(5) JUSTIN SMITH**

Dear Sir/Madam:

A **HEARING re: Acquitted Conduct/Cross-Referencing (Bifurcation)** has been **SET** before **Judge Mark S. Norris** on **THURSDAY, FEBRUARY 20, 2025** at **2:00 P.M.** in **Courtroom No. 4, 9th Floor of the Federal Building, Memphis, Tennessee.**

The parties are instructed to have present any witnesses who will be needed for this hearing.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
WENDY R. OLIVER, CLERK
BY:   *s/Joseph P. Warren*,
       Case Manager Supervisor
       901-495-1242
       joseph_warren@tnwd.uscourts.gov