# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                   Case No. 2:23-cr-20191-MSN

Emmitt Martin, III,

    Defendant.

## ORDER

    Before the Court is the Government's oral Motion to release Defendant Emmitt Martin, III, on his existing bond following his arrest for allegedly violating bond conditions. The Government stated that Defendant is not a flight risk or threat to the community.

    The Motion is **GRANTED.** Defendant Martin shall be released on his existing bond for his initial appearance before Magistrate Judge Claxton on February 21, 2025, at 1:30 PM.

    **IT IS SO ORDERED**, this 20th day of February, 2025.

                                                             *s/ Mark S. Norris*
                                                             MARK S. NORRIS
                                                            UNITED STATES DISTRICT JUDGE