AO 442 (Rev. 11/11) Arrest Warrant



# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| EMMITT MARTIN, III | ) | Case No. 2:23-cr-20191-1 MSN |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* EMMITT MARTIN, III,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☑ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Violation of conditions of Bond.

Date: 02/19/2025

s/Charmiane G. Claxton
*Issuing officer's signature*

City and state:    Memphis, TN

CHARMIANE G. CLAXTON, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 2-20-25, and the person was arrested on *(date)* 2-20-25
at *(city and state)* Memphis, TN.

Date: 2-20-25

Seth Presler
*Arresting officer's signature*

Seth Presler DUSM
*Printed name and title*

USMS Arrest