IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v   Case No.   2:23-cr-20191-1 MSN

EMMITT MARTIN, III,

## ORDER REVOKING BOND

This cause came on to be heard on Friday, February 21, 2025, pursuant to a Petition filed by United States Probation Officer Simone Washington, alleging violation of the conditions of the defendant's pretrial release. After hearing evidence, the court determined that the conditions of the defendant's release had been violated; therefore, it is ORDERED that the defendant's bond be and hereby is revoked. The defendant is remanded to the custody of the United States Marshal and will be held in custody pending the sentencing in this matter.

IT IS SO ORDERED.

s/ Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE
February 21, 2025