No. 24-6078

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Feb 27, 2025
KELLY L. STEPHENS, Clerk

UNITED STATES OF AMERICA,

   Plaintiff-Appellee,

v.

DEMETRIUS HALEY,

   Defendant-Appellant.

Before: STRANCH, MURPHY, and MATHIS, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Western District of Tennessee at Memphis.

THIS MATTER was heard on the record and the pleadings without oral argument. In accordance with the order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that the district court is AFFIRMED, and that this matter is DISMISSED.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk