## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 21, 2025

Ms. Wendy R. Oliver
U.S. District Court
for the Western District of Tennessee
167 N. Main Street
Room 242
Memphis, TN 38103

      Re: Case No. 24-6078, *USA v. Demetrius Haley*
         Originating Case No. 2:23-cr-20191-3

Dear Clerk,

 Enclosed is a copy of the mandate filed in this case.

               Sincerely yours,

               s/Robin L Baker, Case Manager for
               Antoinette S. Macon, Case Manager
               Direct Dial No. 513-564-7015

cc: Mr. Brant Levine
   Mr. Michael J. Stengel

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 24-6078

_____

Filed: March 21, 2025

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DEMETRIUS HALEY

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 02/27/2025 the mandate for this case hereby issues today.

COSTS: None