## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                              Case No. 2:23-cr-20191-MSN-1

EMMITT MARTIN, III,

      Defendant.

_____

### ORDER DIRECTING GOVERNMENT TO RESPOND

_____

Before the Court is Defendant's Motion for Revocation of Detention Order and Motion for Release Under Appropriate Conditions (ECF No. 801), filed March 31, 2025. The Motion certifies that counsel for Defendant consulted with counsel for the Government, who indicated that the Government takes no position on the Motion. (ECF No. 801-3.)

Pursuant to Local Criminal Rule 12.1(c), the Government is **DIRECTED** to file a response to Defendant's Motion within seven (7) days of the entry of this Order. Failure to respond may constitute a waiver of any objections to the Motion.

In addition to any other arguments the Government wishes to raise, the Court specifically requests that the Government address:

1. Whether Defendant's alleged violation of Tennessee's harassment statute, as discussed at the revocation hearing, supports continued detention;

2. Whether Defendant's conviction constitutes a "crime of violence" under 18 U.S.C. § 3156(a)(4);

3.  If so, whether an attorney for the Government has recommended that no sentence of imprisonment be imposed, as contemplated by 18 U.S.C. § 3143(a)(2); and

4.  Whether the Government believes Defendant is eligible for release pending sentencing under 18 U.S.C. §§ 3143 or 3145(c).

**IT IS SO ORDERED**, this 15th day of April, 2025.

*s/ Mark S. Norris*

MARK S. NORRIS
UNITED STATES DISTRICT JUDGE