IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                               Case No. 23-20191

DEMETRIUS HALEY,

    Defendant.

---

SECOND SUPPLEMENTAL POSITION WITH RESPECT TO FINAL PSR (R. 746)

---

Comes now the defendant, Demetrius Haley, by and through his counsel of record, and supplements his prior position papers, (R. 722, Haley's Position Paper; R. 761, Haley's Supplemental Position Paper), by objecting to PSR ¶'s 60, 86.

On May 7, 2025 Demetrius Haley was acquitted of all charges, including all lesser included offenses, referenced as pending in PSR ¶ 60. (State v. Haley, Shelby Crim. No. 23-00241). The acquittal and expungement should be noted. PSR ¶ 86 should be deleted as there in no "anticipated undischarged term of imprisonment in Docket No. 23-00241".

WHEREFORE, PREMISES CONSIDERED, Demetrius Haley prays this Court sustain his objections, revise the Final PSR consistent with its rulings, and order a post sentencing PSR be created for the purpose of providing an unbiased, accurate document to the BOP.

Respectfully submitted,

S/Michael J. Stengel

_____
Michael J. Stengel (12260)
Lawyer for Demetrius Haley
619 South Cooper Street
Memphis, TN 38104
(901) 527-3535

S/Stephen R. Leffler

_____
Stephen R. Leffler (11038)
Lawyer for Demetrius Haley
2670 Union Ave. Extd., Ste. 819
Memphis, TN 38112
(901) 509-9112

Certificate of Service

I hereby certify that I have served a copy of the foregoing Second Supplemental Position Paper by electronic means, via the Court's electronic filing system, on AUSA's David Pritchard, Libby Rogers, Kathryn Gilbert, Forrest Christian, and Andrew Manns this 14th day of May, 2025.

S/Michael J. Stengel