UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

| | |
|---|---|
| *Wendy R. Oliver, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U. S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(713) 421-9200* |

NOTICE OF SETTING
Before Judge Mark S. Norris, United States District Judge

May 30, 2025

RE:  2:23cr20191-01-MSN
     *USA v. EMMITT MARTIN, III*

Dear Sir/Madam:

The **SENTENCING** has been **SET** on **WEDNESDAY, JUNE 18, 2025 at 09:30 AM** before **Judge Mark S. Norris** in **Courtroom 4, 9th floor of the Federal Building, Memphis, Tennessee**.

Pursuant to Local Criminal Rule 32.1, the Presentence Report prepared by the United States Probation Officer shall be provided to the parties at least thirty-five (35) days prior to sentencing. Counsel for the parties shall submit any objections or requests in writing to the Probation Officer no more than fourteen (14) days after receiving the report and attempt to resolve any issues involving the report.  No more than twenty-one (21) days after receiving the report, the parties shall file their position papers on sentencing with the Court.  At least 7 days before the sentencing, the Probation Officer shall submit the final report to the Court and the parties.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
WENDY R. OLIVER, CLERK

BY:   S/ *Zandra Frazier*
      Zandra Frazier, Case Manager
      901-495-1277
      E-mail: zandra_frazier@tnwd.uscourts.gov