IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

_____

UNITED STATES OF AMERICA

    v.                                                  No. 2:23-cr-20191-MSN

DESMOND MILLS, JR.,
      Defendant.

_____

MOTION TO FILE UNDER SEAL
_____

COMES NOW the Defendant, Desmond Mills, Jr., by and through counsel, Blake D. Ballin, and hereby requests that the Court seal all character letters filed on behalf of Mr. Mills. Mr. Mills moves to seal these letters because they contain personal identifying information of the authors of the letters. Many, if not all, of these letters contain the authors' names, addresses, phone numbers and email addresses. In order to ensure the privacy of those who submitted letters to the court in aid of sentencing, Mr. Mills respectfully requests that these documents remain sealed.

Respectfully submitted,

BALLIN, BALLIN & FISHMAN, P.C.
/s/Blake D. Ballin, Esq.
200 Jefferson Avenue, Suite 1250
Memphis, TN 38103
(901) 525-6278
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all interested parties via the ECF email system, this the **4th day of June, 2025.**

/s/Blake D. Ballin, Esq.