UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

UNITED STATES OF AMERICA

No: 2:23cr20191 MSN

v.

DESMOND MILLS, JR.

## AMENDED MOTION TO CONTINUE SENTENCING

**COMES NOW** Defendant, Desmond Mills, Jr., by and through counsel, Blake D. Ballin, and respectfully moves this court to continue his sentencing hearing and in support would show as follows:

That in addition to the reasons set forth in the previously filed motion to continue, another one of the character witnesses for Mr. Mills is unavailable on June 17, 2025. This witness is a law enforcement officer and will be at a law enforcement conference in Atlanta, GA, on June 17, 2025.

That because of the unavailability of another necessary character witness, the defendant respectfully requests a continuance of his sentencing hearing to the following week.

That Counsel for the defendant has consulted with Assistant U.S. Attorney David Pritchard and he has no objection to this request.

WHEREFORE, PREMISES CONSIDERED. Defendant, Desmond Mills, prays for a continuance of his sentencing hearing for the reasons set out herein above.

Respectfully submitted,
BALLIN, BALLIN & FISHMAN, P.C.

/s/Blake D. Ballin, Esq.
200 Jefferson Avenue, Suite 1250
Memphis, TN 38103

(901) 525-6278  
Attorney for Defendant

**CERTIFICATE OF CONSULTATION**

I, Blake D. Ballin, hereby certify that I have consulted with David Pritchard regarding this matter and the government has no objection to this request.

/s/Blake D. Ballin, Esq.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all interested parties via ECF email system this the **9th day of June, 2025.**

/s/Blake D. Ballin, Esq.