IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                                   CR. NO. 2:23-cr-20191-MSN-5

EMMITT MARTIN, III,
TADARRIUS BEAN, DEMETRIUS
HALEY, DESMOND MILLS, JR.,
AND JUSTIN SMITH

    Defendant.

## DEFENDANT, JUSTIN SMITH'S, MOTION TO RECUSE

**COMES NOW** Defendant, Justin Smith, (hereinafter Justin Smith) by and through counsel, and files this his Motion to Recuse the assigned Trial Judge in this matter, the Honorable Mark S. Norris, and upon information and belief would state as follows:

    1.    This motion is being filed two (2) years and six (6) months since January 7, 2023, when Tyre Nichols avoided and fled from a traffic stop in Memphis, Tennessee. In so doing, he resisted arrest and later succumbed to injuries which were completely unnecessary if Mr. Nichols had solely cooperated with law enforcement.

    2.    Information has just now been made available to the litigants and to the Court in the Government's Disclosure, ECF No.: 846, that pursuant to Cannon 1, Cannon 2, and, Cannon 3 of the Code of Conduct for United States Judges and 28 U.S.C. §455, this judge assigned to this proceeding should recuse himself immediately from any further involvement,

1

direct or indirect, and this matter be assigned to another judge for further proceedings and for further relief either at equity or at law as justice requires.

      3.    The undersigned is not filing a Memorandum of Law in support of this motion contrary to the local rules and would request a waiver of same because based upon the facts as presented by the Department of Justice in ECF No.: 846, and such other evidence which will be revealed at a later time, the Cannons of the Code of Judicial Conduct for United States Judges and 28 U.S.C. §455 clearly require recusal at this time without further explanation.

WHEREFORE, PREMISES CONSIDERED, Defendant, Justin Smith, prays that the Trial Judge, the Honorable Mark S. Norris, be recused from this matter and another judge be assigned. Defendant, Justin Smith, prays for such other relief to which he may be entitled either at law or equity, generally or specially.

    Respectfully submitted,

*S/Martin Zummach*
Martin Zummach (#16352)
Attorney for Justin Smith
2889 Chattering Lane
Southaven, MS 38672
901-482-5909

Certificate of Service

The undersigned certifies that on the 13th day of June, 2025, a copy of the foregoing document was electronically filed with court clerk using the CM/ECF System which sent notification of such filing to all counsel of record.

*S/Martin Zummach*