# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Case No. 2:23-cr-20191-MSN

EMMITT MARTIN, III, *et al.*,

    Defendants.

## ORDER OF RECUSAL

The undersigned Court recuses itself in this matter and respectfully returns the matter to the Clerk for reassignment to another United States District Judge for all further proceedings.

**IT IS SO ORDERED**, this 13th day of June, 2025.

                                          *s/ Mark S. Norris*
                                          MARK S. NORRIS
                                          UNITED STATES DISTRICT JUDGE