# IN THE UNITED STATE DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CR. NO. 2:23-cr-20191-SHL |
| EMMITT MARTIN, III, TADARRIUS BEAN, DEMETRIUS HALEY, DESMOND MILLS, JR., AND JUSTIN SMITH | ) |
| Defendants. | ) |

## ORDER GRANTING DEFENDANT JUSTIN SMITH'S
## MOTION TO CONTINUE STATUS CONFERENCE

The Court set a status conference in this matter to re-set the dates for the sentencing of Defendants. Because Smith's counsel is not available for that setting, his status conference is re-set to Wednesday, June 25, 2025 at 10:30 a.m. in Courtroom 1.

**IT IS SO ORDERED** this the 17th day of June, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE