**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
*Western Division*
*Office of the Clerk*

*Wendy R. Oliver, Clerk*  *Deputy-in-Charge*
*242 Federal Building*  *U.S. Courthouse, Room 262*
*167 N. Main Street*  *111 South Highland Avenue*
*Memphis, Tennessee 38103*  *Jackson, Tennessee  38301*
*(901) 495-1200*  *(731) 421-9200*

---

**NOTICE OF SETTING**
Before Chief Judge Sheryl H. Lipman, United States District Judge

---

June 17, 2025

RE:   **2:23 cr-20191-05-SHL**
         *USA v. (5) JUSTIN SMITH*

Dear Sir/Madam:

A **STATUS CONFERENCE** has been **RESET** from FRIDAY, JUNE 20, 2025 at 10:00 A.M. to **WEDNESDAY, JUNE 25, 2025 at 10:30 A.M.** before **Chief Judge Sheryl H. Lipman** in **Courtroom 1, 11ʰ floor of the Federal Building, Memphis, Tennessee.**

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

                              Sincerely,
                              WENDY R. OLIVER, CLERK
                              BY:    *s/Melanie Mullen*,
                                        Case Manager to Chief Judge Sheryl H. Lipman
                                        901-495-1255
                                        melanie_mullen@tnwd.uscourts.gov