IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                    CR. NO. 2:23-cr-20191-SHL

EMMITT MARTIN, III,
TADARRIUS BEAN, DEMETRIUS
HALEY, DESMOND MILLS, JR.,
AND JUSTIN SMITH

    Defendants.

---

**DEFENDANT, JUSTIN SMITH'S, NOTICE OF JOINDER TO DEFENDANT, DEMETRIUS HALEY'S, SEALED REPLY TO THE UNITED STATES' OMNIBUS RESPONSE IN OPPOSITION TO MOTION FOR NEW TRIAL [ECF NO. 907]**

---

    COMES NOW the Defendant, Justin Smith, by and through his counsel of record, Martin Zummach, and files this his Notice of Joinder and would state as follows:

    1.    Justin Smith adopts the analysis, reasoning and legal arguments offered by counsel for Defendant, Demetrius Haley, in his Reply to the United States' Omnibus Response in Opposition to Motion for New Trial [ECF No. 907] filed on July 23, 2025.

    2.    Justin Smith states that the arguments contained in Defendant Haley's Reply to the United States' Omnibus Response in Opposition to Motion for New Trial apply equally to him, and as such, adopts same as if copied verbatim herein

Respectfully Submitted,

<u>S/Martin Zummach</u>
Martin Zummach, #16352
Attorney for Defendant, Justin Smith
2889 Chattering Lane
Southaven, MS 38672
901-482-5909

CERTIFICATE OF SERVICE

 The undersigned certifies that on the 23rd day of July, 2025, a copy of the foregoing document was electronically filed with court clerk using the ECF System, and that upon filing, a copy will be sent via the Court's ECF System to all registered parties in this case.

<u>S/Martin Zummach</u>