IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No. 23-20191

DEMETRIUS HALEY,

    Defendant.

---

DEMETRIUS HALEY'S SEALED ERRATA REGARDING R. 907

---

    Comes now the defendant, Demetrius Haley, by and through his counsel of record, and files this Errata, noting that the prayer for relief in the sealed reply he filed as R. 907 should state:

    WHEREFORE, PREMISES CONSIDERED, the United States' opposition is not supported by law, not well taken, and Haley's motion for a new trial should be granted.

                                        Respectfully submitted,

                                        S/Michael J. Stengel
                                        _____
                                        Michael J. Stengel (12260)
                                        Lawyer for Demetrius Haley
                                        619 South Cooper Street
                                        Memphis, Tennessee   38104
                                        (901)   527-3535

                                        S/Stephen R. Leffler
                                        _____
                                        Stephen R. Leffler (11038)
                                        Lawyer for Demetrius Haley
                                        2670 Union Ave. Extd., Ste. 819
                                        Memphis, TN 38112
                                        (901) 509-9112

## Certificate of Service

    I hereby certify that I have served a copy of the foregoing Sealed Errata Regarding R. 907 by email on AUSA's Karen Hartridge, Kathryn Gilbert, Forrest Christian, Andrew Manns and counsel for the co-defendants due to the fact that it has been filed under seal this 23d day of July, 2025.

                                        S/Michael J. Stengel