UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Wendy R. Oliver, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(731) 421-9200* |

---

NOTICE OF SETTING
Before Chief Judge Sheryl H. Lipman, United States District Judge

---

July 24, 2025

RE:   **2:23-cr-20191-SHL**
*USA v. (1) EMMITT MARTIN, III,*
*(2) TADARRIUS BEAN,*
*(3) DEMETRIUS HALEY,*
*(4) DESMOND MILLS, JR. &*
*(5) JUSTIN SMITH*

Dear Sir/Madam:

A **REPORT DATE** has been **SET** on **THURSDAY, SEPTEMBER 25, 2025** at **2:00 P.M.** before **Chief Judge Sheryl H. Lipman** in **Courtroom No. 1, 11th floor of the Federal Building, Memphis, Tennessee.**

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
WENDY R. OLIVER, CLERK
BY:   *s/Joseph P. Warren*,
Case Manager Supervisor
901-495-1242
joseph_warren@tnwd.uscourts.gov