IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EMMITT MARTIN, III,
TADARRIUS BEAN, DEMETRIUS
HALEY, DESMOND MILLS, JR.,
AND JUSTIN SMITH

    Defendant.

CR. NO. 2:23-cr-20191-SHL

### DEFENDANT, JUSTIN SMITH'S, MOTION FOR RELIEF

COMES NOW Defendant, Justin Smith, by and through counsel, namely Martin Zummach, and files this Motion for Relief requesting that the POST CONVICTION PRE-SENTENCING RESTRICTIONS IN THE FORM OF GPS ANKLE MONITORING be terminated, and in support of same would state as follows:

    1.    Justin Smith was indicted on a four (4) count civil rights violation indictment (ECF No.: 2).

    2.    Conditions were placed on Justin Smith pre-trial with supervision by the U.S. Probation Office for the Western District of Tennessee. Attached hereto as Exhibit "A" is page five (5) of the Pre-Trial Detention Report. Said restrictions in no way included electronic monitoring.

1

3. Following a one (1) count conviction, the original trial judge ordered the U.S. Marshals Service to take Justin Smith into custody even though the convicted count was not in any way, shape or form a conviction for a crime of violence.

4. Justin Smith then filed a Motion and Memorandum Supporting Oral Motion to Release Pending Sentencing setting forth why Justin Smith should not be incarcerated pending sentencing (ECF No.: 642).

5. The original trial judge then assigned Justin Smith's Motion to Magistrate Claxton who held a detention hearing on October 7, 2024. Following that hearing, Judge Claxton, recognizing the clear and settled federal law regarding in custody incarceration pending sentencing for a crime unrelated to violence, released Justin Smith and placed upon Justin Smith the additional limitation of GPS ankle monitoring. This was done with the consent of counsel for Justin Smith in order to obtain his release from incarceration. (ECF No.: 654). A copy of Judge Claxton's Order is attached as Exhibit "B."

6. Justin Smith has complied with **ALL** restrictions as to movement, curfews and reporting since the day he was indicted.

7. On August 28, 2025, this Honorable Court entered its Order (ECF No.: 919) granting a new trial to Justin Smith on the original indictment.

8. It is the position of Justin Smith that the Order granting a new trial places him in the position that he was in following the initial indictment pre-original trial. Justin Smith carries a presumption of innocence as opposed to the finding of guilt.

9. Counsel for Justin Smith made the very reasonable request of the Probation Office to honor the Order granting a new trial and the status of Justin Smith and to remove the ankle monitoring to allow Justin Smith to carry on with his ordinary family, child care and employment

responsibilities. It has been communicated to the undersigned that the Probation Office is only going to comply with Judge Claxton's release conditions until further orders of the Court.

10. Therefore, based upon the position of the Probation Office, it has necessitated the filing of this Motion seeking relief from the post-conviction conditions which are now moot with the ordering of a new trial.

WHEREFORE, PREMISES CONSIDERED, Justin Smith prays that this Honorable Trial Court direct the Probation Office of the Western District of Tennessee to comply with the original pre-trial release requirements pending a trial of this matter.

Respectfully submitted,

*S/Martin Zummach*
Martin Zummach (#16352)
Attorney for Justin Smith
2889 Chattering Lane
Southaven, MS 38672
901-482-5909

Certificate of Service

The undersigned certifies that on the 29th day of August, 2025, a copy of the foregoing document was electronically filed with court clerk using the ECF System, and that upon filing, a copy will be sent via the Court's ECF System to all registered parties in this case.

*S/Martin Zummach*

## CERTIFICATE OF CONSULTATION

      I, Martin Zummach, hereby certify that on August 29, 2025, I conferred with U.S. Attorney, Joe Murphy, and his office does not take a position for or against the requested relief.

      *S/Martin Zummach*