IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

v.  CR. NO. 2:23-cr-20191-SHL

EMMITT MARTIN, III,
TADARRIUS BEAN, DEMETRIUS
HALEY, DESMOND MILLS, JR.,
AND JUSTIN SMITH

    Defendants.

DEFENDANT, JUSTIN SMITH'S, MOTION TO CONTINUE

    COMES NOW, the Defendant, Justin Smith (hereinafter "Justin Smith") by and through counsel and files this his Motion to Continue and in support of same would state as follows:

    1.    On September 8, 2025, at approximately 11:15 a.m., notice was given to the undersigned of Justin Smith's bond hearing set for September 10, 2025, at 2:00 p.m. in Courtroom 5.

    2.    Counsel for Justin Smith cannot appear on September 10, 2025, at 2:00 p.m. as he has a previously scheduled medical procedure under general anesthesia. The physician performing the procedure indicates that the undersigned will need at least two (2) days to recuperate.

    WHEREFORE, PREMISES CONSIDERED, the undersigned prays to be excused from the hearing set for September 10, 2025, at 2:00 p.m., and for such other relief to which he may be entitled either at law or equity.

Respectfully submitted,

*S/Martin Zummach*
Martin Zummach #16352
Attorney for Defendant, Justin Smith
2889 Chattering Lane
Southaven, MS 38672
901-482-5909

CERTIFICATE OF SERVICE

The undersigned certifies that on the 8th day of September, 2025, a copy of the foregoing document was electronically filed with court clerk using the ECF System, and that upon filing, a copy will be sent via the Court's ECF System to all registered parties in this case.

*S/Martin Zummach*

## CERTIFICATE OF CONSULTATION

  As instructed, I, Martin Zummach, consulted with counsel for the Government, and Joshua Morrow has agreed to Wednesday, September 17, 2025, at 2:00 p.m. to have this matter heard.

                *S/Martin Zummach*