## AFFIDAVIT OF VALANDRIA MCKINNIE

STATE OF Tennessee

COUNTY OF Shelby

My name is Valandria McKinnie. On January 7, 2023, I was a member of Street Crimes Operations to Restore Peace in Our Neighborhoods ("SCORPION Unit") Team Three (3).

During the evening of January 7, 2023, I was contacted by Lieutenant Andrew Kosso, who ordered me to the Violent Crime Unit office on Flicker Street to participate in the investigation involving an arrest that happened earlier that evening.

The focus of my investigation was due to the accusation of one of the arresting officers stating that a detainee grabbed his service weapon during an initial traffic stop. To my knowledge, Team One (1) Lieutenant Dwayne Smith initially contacted Lieutenant Kosso to get a non-member of Team One (1) to conduct the investigation to avoid a possible conflict of interest involving his team.

When I arrived, my inquiry focused on the three (3) officers involved with the first scene and what those officers said and observed on that scene related to the attempt to grab the officer/alleged victim's weapon. To my knowledge, Detective Tadarrius Bean and Detective Justin Smith were not present on said scene. Furthermore, Detective Bean and Detective Smith did not convey information regarding anything to do with said scene. They were, from what I was told, and still understand, not on the first scene.

I was clear with the United States prosecutors and special agents that neither Det. Bean nor Det. Smith were misleading, nor did they give any information regarding the subject matter that I was investigating. My report in no way indicated that they obstructed my investigation or acted dishonest to me in any way.

I expressed my objection to the Government's questions and how the phrasing and semantics of their questions seemed misleading. The Government attorneys focused on Detective Bean and Detective Smith only as their court date became more impending.

Finally, no information was gathered from Det. Bean nor Det. Smith. To my knowledge, Det. Bean was not even present when he said information related to the alleged attempt to grab an officer's weapon received by the officers involved in the initial traffic stop on the first scene.

Further, Affiant Sayeth Not,

_____
Valandria McKinnie

---

STATE OF Mississippi
COUNTY OF DeSoto

Subscribed and sworn to, or affirmed, before me on this 2nd day of September.

_____
Notary Public

My Commission Expires:
2/22/2026

*[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 304142, KAILA WILLIAMS, Commission Expires Feb. 22, 2026, DESOTO COUNTY]*