IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 2:23-cr-20191-SHL-2 |
| ) | |
| EMMITT MARTIN, III, ) | |
| TADARRIUS BEAN, ) | |
| DEMETRIUS HALEY, ) | |
| DESMOND MILLS, JR., and ) | |
| JUSTIN SMITH, ) | |
| ) | |
| Defendants. ) | |

**ORDER RELEASING DEFENDANT, TADARRIUS BEAN, ON SAME BOND**

The Court hereby ORDERS that Defendant, Tadarrius Bean, be released on the same $50,000 unsecured bond heretofore entered on September 13, 2023, and that he be subject to the same conditions of release which are set forth in the Order Setting Conditions of Release entered on the same date (Doc. No. 18), as amended by the Order Amending Existing Conditions of Release entered on October 31, 2023 (Doc. No. 85).

IT IS SO ORDERED, this the 16th day of September, 2025.

s/Charmiane G. Claxton
_____
HONORABLE CHARMIANE CLAXTON
UNITED STATES MAGISTRATE JUDGE

APPROVED AS TO FORM AND CONTENT:

_____
William Joshua Morrow
Tennessee Bar No. 26779
Assistant United States Attorney
109 S. Highland Ave., Ste. 300
Jackson, Tennessee 38301
Telephone: 731-422-6220
Josh.Morrow@usdoj.gov

_____
Kevin Whitmore
Attorney for Defendant, Tadarrius Bean
LAST CHANCE LAW FIRM PLLC
301 Washington Ave., Ste. 202
Memphis, Tennessee 38103
Telephone: 901-461-1039
whitmore@lastchancelaw.com