IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                            CR. NO. 2:23-cr-20191-5-SHL

EMMITT MARTIN, III,
TADARRIUS BEAN, DEMETRIUS
HALEY, DESMOND MILLS, JR.,
AND JUSTIN SMITH

    Defendants.

---

ORDER RELEASING DEFENDANT, JUSTIN SMITH, ON SAME BOND

---

The Court hereby orders that the Defendant, Justin Smith, be released on the same $50,000.00 Unsecured Bond heretofore entered on September 13, 2023, at DE#24 and DE#53. All conditions of Defendant's release contained in the Order shall remain in effect.

SO ORDERED this the __16th__ day of September, 2025.

                                                              s/Charmiane G. Claxton
                                                             HONORABLE CHARMIANE CLAXTON
                                                             UNITED STATES MAGISTRATE JUDGE