IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 2:23-cr-20191-MSN |
| ) | |
| ) | |
| **JUSTIN SMITH,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

**UNITED STATES' NOTICE OF APPEAL**

Pursuant to 28 U.S.C. § 1291, 18 U.S.C. § 3731, and Rule 4(b)(1)(B)(i) of the Federal Rules of Appellate Procedure, notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Sixth Circuit from the Order Granting Motions for New Trial (Doc. 919) entered on August 28, 2025.

Respectfully submitted,

JOSEPH C. MURPHY JR.
United States Attorney

KAREN HARTRIDGE
JOSH MORROW
Assistant United States Attorneys
167 N. Main Street, Ste. 800
Memphis, TN 38103

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

By:   s/ Kathryn E. Gilbert
       FORREST CHRISTIAN

Deputy Chief  
KATHRYN E. GILBERT  
Special Litigation Counsel  
ANDREW MANNS  
Trial Attorney  
950 Pennsylvania Ave., NW  
Washington, DC 20530  
(202) 616-2430  
kathryn.gilbert@usdoj.gov

## CERTIFICATE OF SERVICE

      I, Kathryn E. Gilbert, hereby certify that on the date below, I electronically filed the foregoing with the Clerk of Court for the Western District of Tennessee via the Electronic File System, which sent notification of said filing to defense counsel.

s/ Kathryn E. Gilbert<br>
KATHRYN E. GILBERT<br>
September 23, 2025