IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES,

    Plaintiff,

v.                                                                No. 23-20191

DEMETRIUS HALEY,

    Defendant.

---

DEMETRIUS HALEY'S NOTICE OF APPEAL

---

Comes now the defendant, Demetrius Haley, by and through his counsel of record and, pursuant to Fed. R. App. P. 4(b)(1)(A)(ii), provides notice that he cross-appeals the Order granting a new trial, R. 919, to the United States Court of Appeals for the Sixth Circuit.

    Respectfully submitted,

    S/Michael J. Stengel
    _____
    Michael J. Stengel (12260)
    Lawyer for Demetrius Haley
    619 South Cooper Street
    Memphis, TN 38104
    (901) 527-3535

```
                              S/Stephen R. Leffler
                              _____
                              Stephen R. Leffler (11038)
                              Lawyer for Demetrius Haley
                              2670 Union Ave. Extd., Ste. 819
                              Memphis, TN 38112
                              (901) 509-9112
```

Certificate of Service

I hereby certify that I have served a copy of the foregoing Notice of Appeal by electronic means, via the Court's electronic filing system, on AUSA's Karen Hartridge, Josh Morrow, Kathryn Gilbert, Forrest Christian, and Andrew Manns this 30th day of September, 2025.

```
                              S/Michael J. Stengel
```