# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**UNITED STATES,**
Plaintiff,

No. 23-20191

v.

**JUSTIN SMITH**
Defendant.

## NOTICE OF APPEAL FOR JUSTIN SMITH

**COMES NOW**, the defendant, Justin Smith, by and through his attorney of record and, pursuant to Fed. R. App. P. 4(b)(1)(A)(ii), provides notice that he cross-appeals the Order Granting a New Trial, R. 919, to the United States Court of Appeals for the Sixth Circuit Court.

Respectfully submitted,
CAMP & CAMP LAW FIRM

s/David W. Camp

## Certificate of Service

    I hereby certify that I have served a copy of the foregoing Notice of Appeal by electronic means, via the Court's electronic filing system, on AUSA's Karen Hartridge, Josh Morrow, Kathryn Gilbert, Forrest Christian, and Andrew Manns, this the 30th day of September 2025.

                                          s/David W. Camp