UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

| | |
|---|---|
| *Wendy R. Oliver, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U. S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee   38301* |
| *(901) 495-1200* | *(731) 421-9200* |

NOTICE OF SETTING
Before Chief Judge Sheryl H. Lipman, United States District Judge

October 1, 2025

RE:    **2:23-cr-20191-01-SHL**
       *USA v. EMMITT MARTIN, III*

Dear Sir/Madam:

A **HEARING re:** *the below listed motions* has been **SET** before **Chief Judge Sheryl H. Lipman** on **TUESDAY, OCTOBER 7, 2025** at **10:00 A.M. in Courtroom No. 1, 11th Floor of the Federal Building, Memphis, Tennessee.**

| ECF No. | Title of Motion |
|---|---|
| 801 | Defendant Emmitt Martin, III's Motion for Revocation of Detention Order and Motion for Release Under Appropriate Conditions |
| 945 | Defendant Emmitt Martin, III's Supplement to Motion for Revocation of Detention Order and Motion for Release Under Appropriate Conditions |

The parties are instructed to have present any witnesses who will be needed for this hearing.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

    Sincerely,
    WENDY R. OLIVER, CLERK
    BY:    *s/Joseph P. Warren*,
           Case Manager Supervisor
           901-495-1242
           joseph_warren@tnwd.uscourts.gov