**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 08, 2025

Mr. Stephen Ross Johnson
Ritchie, Johnson & Stovall
606 W. Main Street
Suite 300
Knoxville, TN 37902

    Re: Case No. 25-5907, *USA v. Emmitt Martin, III, et al*
            Originating Case No. : 2:23-cr-20191-1

Dear Counsel,

   This appeal has been docketed as case number **25-5907** with the caption that is enclosed on a separate page. It is a cross appeal of case number **25-5853**. In order to ensure a clean and orderly docket, we ask that you take precautions to ensure that you do not double-file appearance forms and other documents that have already been filed in 25-5853 by unchecking the box next to that case number first. Should you have any questions, please feel free to contact me.

   Even if the defendant filed the notice of appeal, Sixth Circuit Rule 12(c)(1) requires that counsel continue representation on appeal until specifically relieved by this Court. If a convicted defendant did not qualify to proceed in forma pauperis in the district court but appears to qualify on appeal, Sixth Circuit Rule 24 requires that "trial counsel must see that the defendant completes CJA Form 23 (for an incarcerated defendant) or Fed. R. App. P. Form 4 (for a defendant not incarcerated) and files it in the district court." Counsel's failure to act in this situation may result in adverse action from this court.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the website and filed with the Clerk's office by **October 22, 2025**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

|  |  |
|---|---|
| Appellant: | Appearance of Counsel |
|  | Application for Admission to 6th Circuit Bar (if applicable) |
| Appellee: | Appearance of Counsel |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

   More specific instructions are printed on each form. If the filing fee for the appeal is due because the appellant is not indigent, it must be paid to the District Court by **October 22, 2025**. These deadlines are important -- if the initial forms are not timely filed or the filing fee is due but not paid, the appeal will be dismissed for want of prosecution.

   If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                        Sincerely yours,

                                        s/Kelly Stephens

                                        Appeal Case Manager: Ryan
                                        Direct Dial No. 513-564-7079

cc: Ms. Greta Alyse Gieseke
     Mr. Kathryn E. Gilbert

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 25-5907

UNITED STATES OF AMERICA

        Plaintiff - Appellant Cross-Appellee

v.

EMMITT MARTIN, III

        Defendant - Appellee Cross-Appellant [25-5853 25-5907]

DEMETRIUS HALEY

        Defendant - Appellee Cross-Appellant [25-5853 25-5879]

JUSTIN SMITH

        Defendant - Appellee Cross-Appellant [25-5853 25-5880]

TADARRIUS BEAN

        Defendant - Appellee Cross-Appellant [25-5853 25-5901]

DESMOND MILLS, JR.

        Defendant - Appellee [25-5853 only]