IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr. No. 2:23-cr-20191 |
| ) | |
| **EMMITT MARTIN, III, et. al.** ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW

COMES NOW the undersigned counsel, pursuant to Local Rule 83.5 of the Western District of Tennessee, and files this motion to withdraw as counsel on behalf of the United States of America in this cause and be removed from the distribution list.

                                            Respectfully submitted,

                                            D. MICHAEL DUNAVANT
                                            UNITED STATES ATTORNEY
                                            WESTERN DISTRICT OF TENNESSEE

By:    s/William Joshua Morrow
          WILLIAM JOSHUA MORROW
          TN No. 026779
          Assistant United States Attorney
          109 South Highland Avenue, Suite 300
          Jackson, Tennessee 38301
          (731) 422-6220
          Josh.Morrow@usdoj.gov

CERTIFICATE OF SERVICE

    I, WILLIAM JOSHUA MORROW, do hereby certify that a true and exact copy of the foregoing motion has been electronically submitted to all counsel of record.

this the 6th day of November, 2025.

                                        s/William Joshua Morrow
                                        WILLIAM JOSHUA MORROW
                                        TN No. 026779
                                        Assistant United States Attorney