IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES,

    Plaintiff,

v.                                                          No. 23-20191

DEMETRIUS HALEY,

    Defendant.

---

DEMETRIUS HALEY'S UNOPPOSED MOTION TO UNSEAL DOCUEMTS

---

Comes now the defendant, Demetrius Haley, by and through his counsel of record, and moves this court to unseal R. 130, 146, 339, 392, 481, 506, 515. Each is a pleading these parties filed under seal in preparation for trial because the pleading referenced potential 404(b) evidence. R. 515 is the sealed order allowing the prior acts to be admitted at trial, which did occur.

There is no reason for the pleadings and order to remain sealed. Each of the aforementioned pleadings has been cited by Mr. Haley in the brief he'll file in the government's *interlocutory* appeal of the order granting him a new trial pending as Sixth Circuit No. 25-5853. Unsealing these pleadings and order will reduce the number of redactions necessary in the publicly accessible filing.

In accordance with L.Crim.R. 12.1(a), counsel has consulted with DOJ Attorney Katherine McCallister and AUSA Karen Hartridge and learned that the United States does not object to this motion being granted.

WHEREFORE, PREMISES CONSIDERED, Demetrius Haley prays this court grant his motion and unseal the pleadings referenced herein.

Respectfully submitted,

S/Michael J. Stengel

_____
Michael J. Stengel (12260)
Lawyer for Demetrius Haley
619 South Cooper Street
Memphis, TN 38104
(901) 527-3535

Certificate of Service

I hereby certify that I have served a copy of the foregoing Motion to Unseal by electronic means, via the Court's electronic filing system, on AUSA Karen Hartridge and by email on Attorney Katherine McCallister this 16th day of July, 2026.