**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:23-cr-20191-SHL |
| EMMITT MARTIN III, TADARRIUS | ) | |
| BEAN, DEMETRIUS HALEY, DESMOND | ) | |
| MILLS, JR., AND JUSTIN SMITH, | ) | |
|     Defendants. | ) | |

**ORDER ON THE UNITED STATES' MOTION FOR RECONSIDERATION**

Before the Court is the Motion to Motion for Reconsideration filed by the United States on July 25, 2026.  (ECF No. 989.)  In the Motion, the United States seeks reconsideration of the Court's orders, entered on July 24, 2026, granting two of Defendant Demetrius Haley's motions that were filed in mid-July 2026.  The first order granted Haley's Motion to Supplement the Electronic Record for Purposes of the Interlocutory Appeal in case No. 25-5853.  (ECF No. 986.)  That order directed the United States to file their position on Haley's motion by 5:00 p.m. on July 24, 2026.  (Id.)  The United States did not file its position on the motion to supplement the electronic record, so the Court granted Haley's motion in full.  (ECF No. 988.)  The second order granted Haley's Unopposed Motion to Unseal Documents at docket entries 130, 146, 339, 392, 481, 506, and 515.  (ECF No. 987.)

The instant Motion for Reconsideration, filed the day after the Government's deadline, on July 25, 2026, asks that the Court "clarify . . . that exhibits 98, 99, and 100 are not added as supplements to the record but can be included as attachments to the defendant's responsive brief to be filed under seal."  (ECF No. 989 at PageID 17251.)

The Court understood that Haley's brief before the Sixth Circuit was due the week of July 27, 2026. See Ruling Letter, United States v. Haley, No. 25-5853 (6th Cir. July 16, 2026), Dkt. No. 49. As a result, Haley's Motion to Supplement the Electronic Record needed to be ruled on quicker than this District's Local Rules typically allow for. See LCrR 12.1(c) (providing fourteen-day window to file response to a motion). Hence, the 5:00 p.m. deadline provided in the Order Granting Haley's Motion to Supplement. (See ECF No. 986 ("Government must file their position on the portion of this motion they oppose by 5:00 PM today, July 24, 2026.").)

Because the Government did not respond within the above timeframe, Haley's motion was granted in full. The instant Motion for Reconsideration filed by the Government could easily have been filed before the July 24, 5:00 p.m. deadline.

Out of an abundance of caution, the Court will re-seal the three documents at issue. Therefore, exhibits 98, 99, and 100 are hereby **SEALED**. However, counsel for the Parties are **ORDERED** to confer immediately to explore whether an agreement can be reached as to these exhibits. **If no agreement is reached before July 28, 2026, at 10:00 a.m., the Court will rule as to the three exhibits again.**

**IT IS SO ORDERED,** this 27th day of July, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

2