IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES,

Plaintiff,

v. No. 23-20191

DEMETRIUS HALEY,

Defendant.

---

MOTION TO AMEND RELEASE CONDITION REGARDING TRAVEL

---

Comes now the defendant, Demetrius Haley, by and through his undersigned counsel of record, Michael J. Stengel, Esq., and moves this court to amend his conditions of release by removing the travel restriction. In support thereof, Mr. Haley would show:

1. Mr. Haley's travel has been restricted to the Western District of Tennessee and Northern District of Mississippi without express permission of his Pretrial Services Officer. (R. 20, 53, 936).

2. Since his bond was reinstated Mr. Haley has obtained his CDL and all employment options as a driver require travel.

3. Counsel has spoken with Mr. Haley's supervising officer who reports that Mr. Haley has been fully compliant with his

release conditions and he supports removal of the travel restriction, enabling Mr. Haley to accept a truck driving position.

4. Consistent with L.Crim.R. 12.1(a), the undersigned discussed this request with AUSA Hartridge and learned that the United States takes no position on whether the motion should be granted.

Respectfully submitted,

S/Michael J. Stengel

___________________________

Michael J. Stengel (12260)
Lawyer for Demetrius Haley
619 South Cooper Street
Memphis, TN 38104
(901) 527-3535

Certificate of Service

I hereby certify that I have served a copy of the foregoing Motion to Amend Release Conditions by electronic means, via the Court's electronic filing system, on AUSA Karen Hartridge this 26th day of October, 2026.

S/Michael J. Stengel