**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEMETRIUS HALEY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:23-cr-20191-SHL |

**ORDER GRANTING MOTION TO AMEND RELEASE CONDITIONS**

Before the Court is Demetrius Haley's Motion to Amend Release Condition Regarding Travel, filed October 26, 2026. (ECF No. 994) It seeks to remove the release condition restricting Mr. Haley's travel to the Western District of Tennessee and Northern District of Mississippi without prior permission, enabling him to travel for employment.

For good cause shown, the Motion is **GRANTED**. All other conditions of Mr. Haley's release remain in full force and effect.

**IT IS SO ORDERED,** this 27th day of October, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE